Chris Humphreys, (SBN 174802)
chris@chrishumphreyslaw.com
HUMPHREYS LAW
1963 Christy Ln.
Del Mar, California 92014
Telephone: (858) 224-1903

Gregory P. Olson, (SBN 177942)
greg@olsonesq.com
LAW OFFICE OF GREGORY P. OLSON
501 W. Broadway, Ste. 1370
San Diego, California 92101
Telephone: (619) 564-3650

Attorneys for Defendants Kellie Vazquez,
Kyle Gamez, and Nadiezhda Hernandez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AEG HOLDCO, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KELLIE VAZQUEZ; KYLE GAMEZ; NADIEZHDA HERNANDEZ, CHARLES TAYLOR GENERAL INSURANCE AGENCY, INC., dba CHARLES TAYLOR TECHNICAL ENVIRONMENTAL SERVICES; LAD (AVIATION), INC., dba PREMIER ENVIRONMENTAL ASSESSMENTS, A CHARLES TAYLOR COMPANY,,<br><br>Defendants. | Case No. 2:21-cv-05290-VAP-AGR<br><br>**[DISCOVERY DOCUMENT; REFERRED TO MAGISTRATE JUDGE ALICIA G. ROSENBERG]**<br><br>**DECLARATION OF NEIL BROOM IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL FORENSIC INSPECTION OF ELECTRONIC DEVICES** |

I, NEIL BROOM, declare as follows:

1.    I am over the age of 18. Except as stated under information and belief, which facts I am informed and believe are true, I have personal knowledge of the facts stated below and if called as a witness at the time of any proceeding could and

1    would competently testify thereto.

2    **STATEMENT OF QUALIFICATONS**

3        2.    I am the President and Laboratory Director of Technical Resource

4    Center, Inc.  As an expert witness, investigator, speaker, trainer, course director, and

5    consultant in the fields of Computer Forensics, Cell Phone Forensics, Call Detail

6    Records and Geolocation Analysis, Network and Computer Security, Information

7    Assurance, and Professional Security Testing, I have over 30 years of experience

8    providing investigative, technical, educational, and security services to the military,

9    attorneys, law enforcement, the health care industry, financial institutions, and

10   government agencies.

11       3.    I am a licensed California Private Investigator, Florida Private

12   Investigator, Texas Private Investigator, Michigan Professional Investigator, Utah

13   Private Investigator, South Carolina Private Investigator, Georgia Private Detective,

14   and Georgia Private Detective Instructor.

15       4.    I have been a qualified Expert Witness in Federal and State Courts and

16   have been appointed to the Los Angeles Superior Court Panel of Expert Witnesses

17   for "Computer Forensics" and "Cellular and GPS Mapping and Analysis."

18       5.    I was the Developer of the Technical Resource Center's *JumpStart*

19   *Computer Forensics (Applied Computer Forensics)* course and the ProDiscover

20   Certified Examiner training course and certification.  I have provided training in the

21   fields of Computer Forensics and Information Security to over 3,000 students in the

22   US Government, US Military, US Intelligence Agencies, and Fortune 500 companies

23   in the United States and abroad.

24       6.    I coauthored a technical book in 2004 for Sybex Publishing titled

25   *Computer Forensics JumpStart*.  The book is a primer for anyone interested in

26   entering the Computer Forensics field.  The second edition of this book was released

27   in 2011, and I was also the Technical Editor.

28

DECLARATION OF NEIL BROOM
2:21-CV-05290-VAP-AGR

7.     I currently serve on the Ethical Standards Committee of the International Society of Forensic Computer Examiners (ISFCE) and previously served on the National Leadership Assembly of the American Society of Digital Forensics & eDiscovery (ASDFED).    Additionally, I am the past Chairman of the Digital Evidence Subcommittee for the International Association for Identification (IAI) and a former member of the Delegate Assembly for the American Society of Crime Laboratory Directors / Laboratory Accreditation Board (ASCLD/LAB).

8.     I hold multiple security certifications including: Certified Computer Examiner (CCE), Certified Fraud Examiner (CFE), Certified Information Systems Security Professional (CISSP), EnCase Certified Examiner (EnCE), AccessData Certified Examiner (ACE), AccessData Certified Investigator, Cellebrite Certified Mobile Examiner (CCME), Cellebrite Certified Physical Analyst (CCPA), and Cellebrite Certified Operator (CCO).

9.     I was awarded a Bachelor of Science (BS) in Computer Forensics and Digital Investigation and a Master of Science (MS) in Digital Forensic Management from Champlain College. A true and correct copy of my curriculum vitae is attached hereto as Exhibit A.

10.    I was retained by counsel for the Defendants.  I am being compensated at the rate of $500 per hour for forensic testing and investigative services.

11.    I reviewed the following documents during my investigation:
- #10-12 Decl of Gareth Sweeney_Mtn for Injuction.pdf
- user_activity_run_on_2021-07-01-16-16-34_Page_1.xlsx
- July user_activity_run_on_2021-07-09-11-55-06_Page_1.csv
- Kalat Expert Report 2022.09.19.pdf

**DECLARATION OF GARETH SWEENEY**

12.    Gareth Sweeney completed a Declaration on July 16, 2021, and stated, "I am currently employed by MYI UK Ltd, a McLarens company, as Director of Information Security – Technology Services.  I have worked for McLarens Group of

DECLARATION OF NEIL BROOM
2:21-CV-05290-VAP-AGR

companies since February 2010.  As Director of Information Security – Technology Services, I have several duties and responsibilities, including monitoring global compliance with data security policies and procedures applicable to McLarens and its subsidiaries (the 'McLarens Group of companies'), including AEG Holdco, LLC ('AEG')."

13.    Sweeney's Declaration (Paragraph 7) states, "The McLarens Group of companies utilizes 'box.com' as its document management system.  That platform records all user activity, and from it I am able to generate a report that details certain information, including the following:

- Date and Time of Activity;
- User Name;
- Action;
- Affected (a/k/a file name); and
- Parent Folder."

**Sweeny's Exhibit 4 Sample – "Details Certain Information"**

| Date | User Name | Action | Affected | Parent Folder |
|---|---|---|---|---|
| 6/25/2020 19:40 | Nadie Hernandez | Uploaded | Adjuster.docx | /Documents |
| 6/25/2020 19:40 | Nadie Hernandez | Uploaded | expense 5.18-5.24.xlsx | /Documents |
| 6/25/2020 19:40 | Nadie Hernandez | Uploaded | Asbestos Survey  5.13.20.doc | /Documents |

**Sweeny's Exhibit A Sample – "Details Certain Information"**

| | | | | |
|---|---|---|---|---|
| 1/17/2021 5:47 | Nadie Hernandez | Download | Offer Letter - Garrett Rau.pdf | /OneDrive Data/A Team Sales Reps/Garrett |
| 1/17/2021 5:47 | Nadie Hernandez | Download | Garretts.docx | /OneDrive Data/A Team Sales Reps/Garrett |
| 1/17/2021 5:47 | Nadie Hernandez | Download | garretts accounts.docx | /OneDrive Data/A Team Sales Reps/Garrett |

DECLARATION OF NEIL BROOM
2:21-CV-05290-VAP-AGR

1

2       14.    Sweeney failed to include in his Declaration that Box.com's "User

3 Activity Report" also has the option to include the "IP Address" and the "Details"

4 information for each Date and Time entry.  The following screen capture illustrates

5 the available columns for the Report.

6 **Box.com - User Activity Report - Available Columns**

7

8 Reports › **User Activity**

9 User Activity Report
  STEP 2 OF 2

10

11 COLUMNS

Configure the columns for your report. To run a report, you must select at least one column. To view a report inline, you must select all columns marked with an asterisk (*).

12 ☑ Date*    ☑ User Name*    ☑ User Email    ☑ IP Address    ☑ Action*

13 ☑ Affected*    ☑ Affected ID    ☑ Size    ☑ Parent Folder    ☑ Details*

14       15.    The "IP Address" entry lists the IP Address that connected to Box.com

15 and performed an "Action" (i.e. "Uploaded," "Download," "Edit," "Rename,"

16 "Trash," etc.).

17       16.    The "Details" entry lists the Application or Service that connected to

18 Box.com and performed an "Action" (i.e. "Service: Box Drive," "Service: Box Sync

19 for Windows," "Service: Box Elements (used in Box Web App), or "Service:

20 Microsoft Cloud App Security").

21

22

23

24

25

26

27

28

DECLARATION OF NEIL BROOM
2:21-CV-05290-VAP-AGR

1

### Example of Available Columns in Report

2

3

| Date | User Name | User Email | IP Address | Action | Affected | Affected Id | Size (kB) | Parent Folder | Details |
|------|-----------|------------|------------|--------|----------|-------------|-----------|---------------|---------|
| 1/17/2021 5:31 | Nadie Hernandez | nadie.hernandez @mclarens.com | 13.95.30.46 | Download | agenda.docx | 683379387363 | 13.96 | /OneDrive Data/Deskt op Archive | Service: Microsoft Cloud App Security - EU |
| 1/17/2021 5:31 | Nadie Hernandez | nadie.hernandez @mclarens.com | 13.95.30.46 | Download | agenda 4.2.19.docx | 683381450850 | 15.54 | /OneDrive Data/Deskt op Archive | Service: Microsoft Cloud App Security - EU |
| 1/17/2021 5:31 | Nadie Hernandez | nadie.hernandez @mclarens.com | 13.95.30.46 | Download | Account Contacts with Sales Reps 6-23-17.xlsx | 683378891100 | 179.47 | /OneDrive Data/Deskt op Archive | Service: Microsoft Cloud App Security - EU |

4

5

6

7

8

9

10

11    17.    As illustrated above in the "Sweeny's Exhibit A Sample – "Details

12  Certain Information" graphic, Sweeney's Exhibit A "Download activity of Nadie

13  Hernandez," failed to include both the "IP Address" and the "Details" information

14  for each Date and Time entry.

15    18.    I    reviewed    the    "user_activity_run_on_2021-07-01-16-16-

16  34_Page_1.csv" Report.  Since Sweeny stated, "I am able to generate a report that

17  details certain information," it is assumed that Sweeny generated this report of User

18  Activity and had access to this data.  This report shows Box.com "Download" activity

19  for Nadie Hernandez.  I filtered the data to match Sweeney's timeframe of 01/01/21

20  to 05/22/21 and the Report lists "Download" 4,951 times, matching Sweeny's

21  statement.  This User Activity Report clearly shows the following columns (as

22  illustrated above in the "Example of Available Columns in Report" graphic):

23         • Date

24         • User Name

25         • IP Address

26         • Action

27         • Affected

28         • Affected ID

- 6 -

DECLARATION OF NEIL BROOM
2:21-CV-05290-VAP-AGR

- Size (kB)
- Parent Folder
- Details

19. Sweeney states, "Ms. Hernandez engages in significant 'Download' activity during this period, downloading approximately 4,951 files from several folders…" As will be detailed below, **this statement is incorrect**.

20. The "user_activity_run_on_2021-07-01-16-16-34_Page_1.csv" Report shows multiple entries for "Action - Download" from IP Address 104.33.248.74. This IP Address is assigned to Spectrum in the City of "South Whittier, CA." Other entries include additional IP Addresses in California. The "Details" column shows this action was performed by the "Box Drive for Windows" application installed on Nadie Hernandez' computer. This is an example of a normal download of Box.com data.

**Box.com - User Activity Report - Download - Nadie Hernandez**

| Date | User Name | User Email | IP Address | Action | Affected | Affected Id | Size (kB) | Parent Folder | Details |
|---|---|---|---|---|---|---|---|---|---|
| 2/4/2021 20:36 | Nadie Hernandez | nadie.hernandez @mclarens.com | 104.33.248.74 | Download | GSA sam.docx | 683380546844 | 22.18 | /OneDrive Data/GSA | Service: Box Drive |
| 2/4/2021 20:30 | Nadie Hernandez | nadie.hernandez @mclarens.com | 104.33.248.74 | Download | SAM Letter.docx | 683380863561 | 36.62 | /OneDrive Data/GSA | Service: Box Drive |
| 2/4/2021 20:30 | Nadie Hernandez | nadie.hernandez @mclarens.com | 104.33.248.74 | Download | Beta.SAM.Gov Guide (2).pdf | 683380529175 | 396.41 | /OneDrive Data/GSA | Service: Box Drive |

21. Sweeney failed to document, the "user_activity_run_on_2021-07-01-16-16-34_Page_1.csv" Report shows 3,874 entries for "Action - Download" from IP Addresses 13.80.22.71, 13.95.29.177, 13.95.30.46. These IP Addresses are all in Amsterdam, Netherlands (Europe) and are assigned to Microsoft Azure:

1

2  **IP Address Lookup Details for 13.80.22.71**

| | |
|---|---|
| IP Address | **13.80.22.71** |
| Country | **NL** |
| Fraud Score | 65 - Suspicious |
| IP Reputation | **Fraud Scores are enhanced by passing additional details through our API and CSV batch checks.** |
| Mail SPAM Block List | **No SPAM Reports Found** |
| Proxy/VPN Detection | **Proxy/VPN Detected** |
| | **This IP address appears to be a low risk proxy connection.** |
| Bot Activity | **Please** sign up **to view the bot status data point.** |
| Abuse Velocity New | **Please** upgrade **to view this data point.** |
| City | **Amsterdam** |
| Region | **North Holland** |
| Hostname | **13.80.22.71** |
| ISP | **Microsoft Azure** |
| ASN | AS8075 Microsoft Corporation |
| Organization | **Microsoft Azure** |
| Time Zone | **Europe/Amsterdam** |
| Latitude | **52.3702** |
| Longitude | **4.8952** |
| CIDR IP Address Subnet | 13.80.22.0/24 |

19    22.    Sweeney also failed to document, the "user_activity_run_on_2021-07-

20  01-16-16-34_Page_1.csv" Report shows 3,874 entries for "Details - Service:

21  Microsoft Cloud App Security."

DECLARATION OF NEIL BROOM
2:21-CV-05290-VAP-AGR

**Box.com - User Activity Report - Download**

**Service: Microsoft Cloud App Security - EU**

| Date | User Name | User Email | IP Address | Action | Affected | Affected Id | Size (kB) | Parent Folder | Details |
|---|---|---|---|---|---|---|---|---|---|
| 1/17/2021 5:31 | Nadie Hernandez | nadie.hernandez @mclarens.com | 13.95.30.46 | Download | agenda.docx | 683379387363 | 13.96 | /OneDrive Data/Deskt op Archive | Service: Microsoft Cloud App Security - EU |
| 1/17/2021 5:31 | Nadie Hernandez | nadie.hernandez @mclarens.com | 13.95.30.46 | Download | agenda 4.2.19.docx | 683381450850 | 15.54 | /OneDrive Data/Deskt op Archive | Service: Microsoft Cloud App Security - EU |
| 1/17/2021 5:31 | Nadie Hernandez | nadie.hernandez @mclarens.com | 13.95.30.46 | Download | Account Contacts with Sales Reps 6-23-17.xlsx | 683378891100 | 179.47 | /OneDrive Data/Deskt op Archive | Service: Microsoft Cloud App Security - EU |

23.     Sweeney's statement, "The McLarens Group utilizes 'Box.com' as its document management system" failed to include they also utilize "Microsoft Cloud App Security" (now renamed to "Microsoft Defender for Cloud Apps," which is a part of "Microsoft 365 Defender") to protect the company's data stored on Box.com. According to Microsoft, "Microsoft Defender for Cloud Apps is a comprehensive cross-SaaS solution bringing deep visibility, strong data controls, and enhanced threat protection to your cloud apps."

24.     Microsoft's documentation listing the "Network Requirements" for Microsoft Defender for Cloud Apps (https://learn.microsoft.com/en-us/defender-cloud-apps/network-requirements#view-your-data-center) details, "For some third-party apps to be accessed by Defender for Cloud Apps, these IP addresses may be used. The IP addresses enable Defender for Cloud Apps to collect logs and provide access for the Defender for Cloud Apps console.  To connect to third-party apps (e.g. Box.com), enable Defender for Cloud Apps to connect from these IP addresses." The IP Addresses listed for the EU1 Data Center (Europe) include 13.80.22.71, 13.95.29.177, and 13.95.30.46.  These are the IP Addresses that show 3,874 entries for "Action - Download" above.

DECLARATION OF NEIL BROOM
2:21-CV-05290-VAP-AGR

**Service: Microsoft Cloud App Security – EU**

**App Connector IP Address Lists for Europe Data Center**

| EU1 | 13.80.22.71, 13.95.29.177, 13.95.30.46, 40.67.219.133, 40.114.217.8, 40.114.217.8, 40.115.24.65, 40.115.24.65, 40.115.25.50, 40.115.25.50, 40.119.154.72, 51.105.55.62, 51.105.179.157, 51.137.200.32, 52.157.232.110, 52.157.233.92, 52.157.233.133, 52.157.238.58, 52.157.239.110, 52.174.56.180, 20.73.240.208, 20.73.240.209, 20.73.240.210, 20.73.240.211, 20.73.240.212, 20.73.240.213, 20.73.240.214, 20.73.240.215, 20.73.240.216, 20.73.240.217, 20.73.240.218, 20.73.240.219, 20.73.240.220, 20.73.240.221, 20.73.240.222, 20.73.240.223, 20.101.177.19, 20.101.177.21, 20.101.177.18, 20.101.177.20, 20.101.177.17, 20.101.177.16, 20.101.177.23, 20.101.177.25, 20.101.177.22, 20.101.177.24, 20.101.177.27, 20.101.177.30, 20.101.177.31, 20.101.177.26, 20.101.177.28, 20.101.177.29 |
|---|---|

25.     The Microsoft documentation notes, "You may see these IP addresses in activity logs from the vendor because Defender for Cloud Apps performs governance actions and <u>scans</u> from these IP addresses." The "user_activity_run_on_2021-07-01-16-16-34_Page_1.csv" Report shows 3,874 entries for "Action - Download" for Nadie Hernandez from IP Addresses in the Netherlands that belong to Microsoft and include "Details - Service: Microsoft Cloud App Security." These entries were scans of the McLarens Group's Box.com data conducted by "Microsoft Defender for Cloud Apps." These were NOT downloads of Box.com files by Nadie Hernandez in California.

**TIME ZONE CONVERSION**

26.     This Declaration references two User Activity Reports that were reportedly created by Sweeny:

- user_activity_run_on_2021-07-01-16-16-34_Page_1.xlsx
- July user_activity_run_on_2021-07-09-11-55-06_Page_1.csv

27.     These Reports show a Time and Date column set to Coordinated Universal Time (UTC). UTC is a Time Standard and is similar to Greenwich Mean Time (GMT).

28.     The Time and Date when the Nadie Hernandez account is accused of downloading files begins on 01/17/21 at 5:07 AM UTC. This converts to 01/16/21 at 9:07 PM Pacific Time. The Time and Date when the Nadie Hernandez account is

- 10 -

DECLARATION OF NEIL BROOM
2:21-CV-05290-VAP-AGR

1  accused of downloading files ends on 01/17/21 at 6:52 AM UTC.  This converts to

2  01/16/21 at 10:52 PM Pacific Time.

3

4  **Time Conversion - Start Time**

5

6  Los Angeles, CA, USA                                    Sat, Jan 16, 2021          **9:07 pm**
   PST (UTC -8)

7

8  UTC, Time Zone                                          Sun, Jan 17, 2021          **05:07**
   8 hour(s) ahead

9

10

11      29.     The "Expert Report of David Kalat" describes the intentional

12  downloaded of "a set of 3,874 documents on Saturday January 16, 2021 between

13  9:07 PM and 10:52 PM Pacific."  These Time and Date references in Pacific Standard

14  Time match the User Created Reports Time and Date entries that are in UTC.  The

15  log files show the 01/17/21 UTC date.

16                          **EXPERT REPORT OF DAVID KALAT**

17      30.     I reviewed the "Expert Report David Kalat" and specifically noted he

18  stated, "A person using the login credentials for nadie.hernandez@mclarens.com

19  intentionally downloaded a set of 3,874 documents on Saturday January 16, 2021

20  between 9:07 PM and 10:52 PM Pacific" and "This action involved an intent to

21  deceive."  As detailed above, the activity on Nadie Hernandez's Box.com account on

22  Saturday January 16, 2021, were the direct result of scans conducted by "Microsoft

23  Cloud App Security" (now renamed to "Microsoft Defender for Cloud Apps") and

24  were **not** conducted by Nadie Hernandez or anyone else using her logon credentials.

25      31.     Kalat states, "The January 16 Download was not an automated system

26  process."  Further, he states, "I considered the possibility that the January 16

27  Download was an automated system process, and found that this suggestion is

28  contradicted by the forensic evidence."  Kalat's statement is incorrect.  As detailed

- 11 -

1    above, an automated process from "Microsoft Cloud App Security" (now renamed to

2    "Microsoft Defender for Cloud Apps") created these entries.

3        32.    The example Kalat documents in Paragraph 49 of his Expert Report

4    shows a clear example of the User Activity log for a User downloading a document.

5    Note, this example includes both the "IP Address" of "104.33.248.74" and the

6    "Details" information of "Service: Box Drive."   This IP Address is assigned to

7    Spectrum in the City of "South Whittier, CA."   The "Details" column shows this

8    action was performed by the "Box Drive for Windows" application installed on Nadie

9    Hernandez' computer.   This is an example of a normal download of Box.com data.

10                        **Kalat Paragraph 49 Example**

| Date | User Name | User Email | IP Address | Action | Affected | Affect ed Id | Size (kB) | Parent Folder | Details |
|------|-----------|-----------|-----------|--------|----------|--------------|-----------|---------------|---------|
| 1/15/ 2021 18:31 | Nadie Herna ndez | nadie.he rnandez @mclare ns.com | 104.33.2 48.74 | Download | Proposal Template- AEG Project Work Order Budget - 08.27.2020 (003).xlsx | 73566 37168 94 | 124. 83 | /OneDrive Data/Prop osals | Service : Box Drive |

18        33.    Kalat details in Paragraph 52, "It is possible to cross-correlate the logs

19    on the Box server-side to the AEG laptop client-side for routine, day-to-day activities

20    in Nadie Hernandez' account that align with her description of her job activities, it is

21    ***not*** possible to do so with the January 16 Download log."   The reason Kalat cannot

22    cross-correlate the January 16 Download log to the AEG laptop is because "Microsoft

23    Cloud App Security" (now renamed to "Microsoft Defender for Cloud Apps")

24    created these entries from a scan performed from the Internet on Hernandez'

25    Box.com files.   See the "Details" column below.

1
2
3
4
5
6
7
8
9
10
11

### Box.com - User Activity Report - Download
### Service: Microsoft Cloud App Security - EU

| Date | User Name | User Email | IP Address | Action | Affected | Affected Id | Size (kB) | Parent Folder | Details |
|---|---|---|---|---|---|---|---|---|---|
| 1/17/2021 5:31 | Nadie Hernandez | nadie.hernandez @mclarens.com | 13.95.30.46 | Download | agenda.docx | 683379387363 | 13.96 | /OneDrive Data/Deskt op Archive | Service: Microsoft Cloud App Security - EU |
| 1/17/2021 5:31 | Nadie Hernandez | nadie.hernandez @mclarens.com | 13.95.30.46 | Download | agenda 4.2.19.docx | 683381450850 | 15.54 | /OneDrive Data/Deskt op Archive | Service: Microsoft Cloud App Security - EU |
| 1/17/2021 5:31 | Nadie Hernandez | nadie.hernandez @mclarens.com | 13.95.30.46 | Download | Account Contacts with Sales Reps 6-23-17.xlsx | 683378891100 | 179.47 | /OneDrive Data/Deskt op Archive | Service: Microsoft Cloud App Security - EU |

12      34.    Kalat explains in Paragraph 53, "The IP address recorded for the

13   January 16 Download is different from the one recorded for the majority of the

14   activity attributed to Nadie Hernandez' account."    Paragraph 54 continues,

15   "Moreover, the January 16 Download was logged with the IP addresses 13.95.30 and

16   13.95.29.177…"   The actual IP Addresses were 13.95.29.177, 13.95.30.46.   These

17   IP Addresses are in Amsterdam, Netherlands (Europe) and are assigned to Microsoft

18   Azure and are used by "Microsoft Cloud App Security" (now renamed to "Microsoft

19   Defender for Cloud Apps," which is a part of "Microsoft 365 Defender") to protect

20   the company's data stored on Box.com.

21
22
23
24
25
26
27
28

DECLARATION OF NEIL BROOM
2:21-CV-05290-VAP-AGR

**IP Address Lookup Details for 13.95.30.46**

| | |
|---|---|
| IP Address | 13.95.30.46 |
| Country | NL |
| Fraud Score<br>IP Reputation | 65 – Suspicious<br>Fraud Scores are enhanced by passing additional details through our API and CSV batch checks. |
| Mail SPAM Block List | No SPAM Reports Found |
| Proxy/VPN Detection | Proxy/VPN Detected<br>This IP address appears to be a low risk proxy connection. |
| Bot Activity | Please sign up to view the bot status data point. |
| Abuse Velocity New | Please upgrade to view this data point. |
| City | Amsterdam |
| Region | North Holland |
| Hostname | 13.95.30.46 |
| ISP | Microsoft Azure |
| ASN | AS8075 Microsoft Corporation |
| Organization | Microsoft Azure |
| Time Zone | Europe/Amsterdam |
| Latitude | 52.34999847 |

**IP Address Lookup Details for 13.95.29.177**

| | |
|---|---|
| IP Address | 13.95.29.177 |
| Country | NL |
| Fraud Score<br>IP Reputation | 65 – Suspicious<br>Fraud Scores are enhanced by passing additional details through our API and CSV batch checks. |
| Mail SPAM Block List | No SPAM Reports Found |
| Proxy/VPN Detection | Proxy/VPN Detected<br>This IP address appears to be a low risk proxy connection. |
| Bot Activity | Please sign up to view the bot status data point. |
| Abuse Velocity New | Please upgrade to view this data point. |
| City | Amsterdam |
| Region | North Holland |
| Hostname | 13.95.29.177 |
| ISP | Microsoft Azure |
| ASN | AS8075 Microsoft Corporation |
| Organization | Microsoft Azure |
| Time Zone | Europe/Amsterdam |
| Latitude | 52.34999847 |
| Longitude | 4.92000008 |
| CIDR IP Address Subnet | 13.95.29.0/24 |

35.     In Paragraph 55, Kalat states, "Those IP addresses (13.95.30 and 13.95.29.177) are owned by Microsoft, and are used by the Microsoft Defender for Cloud Apps service.  That service is comparable to a VPN, wherein a user's network activity is routed from their device's connection through a third-party connection that provides additional security protections while masking the original IP address.  This means the computer that was used to connect to Box and perform the January 16 Download was a computer that had Microsoft Defender for Cloud Apps installed on it."  Kalat is incorrect.  Microsoft Defender for Cloud Apps is **NOT** an application that gets installed on a computer.  It is a Cloud Based Security Service that is setup (via a Web Browser) and connects to Cloud Based Services (such as Box.com) to secure the company's Box.com data.

36.     In Paragraph 59, Kalat states, "Although the Box Activity Report recorded the January 16 Download as activity attributed to the user Nadie Hernandez, it should be noted that this merely indicates that the user responsible for intentionally initiating the download of 3,874 documents to a non-AEG computer was a person logged in using the credentials for the natie.hernandez@mclarens.com account.  This does not necessarily mean that Nadie Hernandez herself performed the download.  Someone else using her log in credentials for Box.com could have performed the download."  Kalat does not appear to understand that Microsoft Defender for Cloud Apps is a Cloud Based Service that McLarens setup to secure it's Box.com data.  The log entries in the User Activity Report for the "January 16 Download" were caused by scans from "Microsoft Cloud App Security" (now renamed to "Microsoft Defender for Cloud Apps") performed from the Internet to secure the Box.com files.

37.     While the example Kalat documents in Paragraph 49 of his Expert Report shows a clear example of the User Activity log for a User downloading a document, including the "Details" information of "Service: Box Drive," Kalat ignores the "Details" information of "Service: Microsoft Cloud App Security - EU" for the January 16 Download activity.  "Service: Microsoft Cloud App Security -

DECLARATION OF NEIL BROOM
2:21-CV-05290-VAP-AGR

EU" indicates the "EU1" (Europe) Microsoft Data Center initiated the security scans of the Box.com data.  The IP Addresses confirm the "EU1 Data Center" was the source of the security scans.

38.    Kalat stated, "My understanding of the factual matters at issue is based on my review of the documents and data listed below."  Kalat included the "July user_activity_run_on_2021-07-09-11-55-06_Page_1.xlsx" Report in his list.

39.    Kalat    ignored    the    2,724    entries    in    the    "July user_activity_run_on_2021-07-09-11-55-06_Page_1.xlsx"    Report    entries    for Kerriann Neathery that show "Action - Download" and "Details - Service: Microsoft Cloud App Security."  These 2,724 entries also show "IP Addresses" listed for the EU1 Data Center (Europe) including 13.80.22.71, 13.95.29.177, and 13.95.30.46.  As seen below, the entries for the "IP Address," "Action," and "Details" are identical for both Kerriann Neathery and Nadie Hernandez, however Kalat fails to discuss this in his findings.

**Box.com - User Activity Report - Download**

**Service: Microsoft Cloud App Security - EU**

**for Kerriann Neathery - Sample**

| Date | User | User Email | IP Address | Action | Affected | Affected Id | Size (kB) | Parent Folder | Details |
|---|---|---|---|---|---|---|---|---|---|
| 9/26/2020 8:17 | Kerriann Neathery | kerriann.neathery @mclarens.com | 13.95.29.177 | Download | WO 58268 Savar-Correspondence.docx | 723416235360 | 13.28 | /Sadar Records/Nadar Savar job | Service: Microsoft Cloud App Security - EU |
| 9/26/2020 18:26 | Kerriann Neathery | kerriann.neathery @mclarens.com | 13.95.30.46 | Download | WO 58754 Savar-Correspondence.docx | 723415616793 | 13.99 | /Sadar Records/Nadar Savar job | Service: Microsoft Cloud App Security - EU |
| 9/27/2020 10:43 | Nadie Hernandez | nadie.hernandez @mclarens.com | 13.95.29.177 | Download | Estes Express Lines - Asbestos Demo Proposal 09.25.2020.docx | 723375204493 | 351.62 | /Proposals | Service: Microsoft Cloud App Security - EU |

40.    There are also 159 entries in the "July user_activity_run_on_2021-07-09-11-55-06_Page_1.xlsx" Report for Katherine Landeros that show "Action - Download" and "Details - Service: Microsoft Cloud App Security."  These 159 entries also show "IP Addresses" listed for the EU1 Data Center (Europe) including

13.80.22.71, 13.95.29.177, and 13.95.30.46.  As seen below, the entries for the "IP Address," "Action," and "Details" are identical for Katherine Landeros, Kerriann Neathery, and Nadie Hernandez, however Kalat fails to discuss this in his findings.

**Box.com - User Activity Report - Download**

**Service: Microsoft Cloud App Security - EU**

**for Katherine Landeros - Sample**

| Date | User | User Email | IP Address | Action | Affected | Affected Id | Size (kB) | Parent Folder | Details |
|------|------|-----------|-----------|--------|----------|-----------|-----------|---------------|---------|
| 11/22/2020 11:49 | Katherine Landeros | katherine.landeros@mclarens.com | 13.95.29.177 | Download | Tim Ryan-Tech Certs.docx | 689015056684 | 332.06 | /Tech Certification/OneDrive 2020-03-31/Tech | Service: Microsoft Cloud App Security - EU |
| 11/22/2020 11:49 | Katherine Landeros | katherine.landeros@mclarens.com | 13.95.29.177 | Download | Rene Aguilar 8-8-20 1-15-20.docx | 689007819185 | 392.68 | /Tech Certification/OneDrive 2020-03-31/Tech | Service: Microsoft Cloud App Security - EU |
| 11/22/2020 11:49 | Katherine Landeros | katherine.landeros@mclarens.com | 13.95.29.177 | Download | Tim Ryan-Tech Certs.pdf | 689008364511 | 82.15 | /Tech Certification/OneDrive 2020-03-31/Tech | Service: Microsoft Cloud App Security - EU |

## BROOM TEST ENVIRONMENT

41.    I created a test Box.com (Enterprise) account and a "Microsoft Defender for Cloud Apps" online account.  I configured "Microsoft Defender for Cloud Apps" (in the Cloud) to conduct security scans of the Box.com online data.

42.    After uploading a collection of 20 test files to the test Box.com account, I did **NOT** download any of these 20 files.  I then created a User Activity Report that matches the "July user_activity_run_on_2021-07-09-11-55-06_Page_1.csv," with two exceptions.  The IP Address shows "40.84.2.83" and the "Details" information in my Report of the test environment shows "Service: Microsoft Cloud App Security - **USE2**."

43.    The "40.84.2.83" IP Address is assigned to Microsoft Azure in Virginia and is used by "Microsoft Cloud App Security" (now renamed to "Microsoft Defender for Cloud Apps," which is a part of "Microsoft 365 Defender") to protect my Box.com test data.

DECLARATION OF NEIL BROOM
2:21-CV-05290-VAP-AGR

**IP Address Lookup Details for 40.84.2.83**

| | |
|---|---|
| IP Address | 40.84.2.83 |
| Country | US |
| Fraud Score | 65 – Suspicious |
| IP Reputation | Fraud Scores are enhanced by passing additional details through our API and CSV batch checks. |
| Mail SPAM Block List | No SPAM Reports Found |
| Proxy/VPN Detection | Proxy/VPN Detected |
| | This IP address appears to be a low risk proxy connection. |
| Bot Activity | Please sign up to view the bot status data point. |
| Abuse Velocity [New] | Please upgrade to view this data point. |
| City | Boydton |
| Region | Virginia |
| Hostname | 40.84.2.83 |
| ISP | Microsoft Azure |
| ASN | AS8075 Microsoft Corporation |
| Organization | Microsoft Azure |
| Time Zone | America/New_York |
| Latitude | 37.3394 |
| Longitude | –121.895 |
| CIDR IP Address Subnet | 40.84.2.0/24 |

44.    The "Service: Microsoft Cloud App Security - USE2" entry shows "Microsoft Defender for Cloud Apps" conducted security scans of my Box.com data from a US based Data Center.  The User Activity Report for the test Box.com account shows the 20 test files were "Downloaded," even though these files were not downloaded.  These entries were created by "Microsoft Cloud App Security" while conducting a security scan of my Box.com test data.

DECLARATION OF NEIL BROOM
2:21-CV-05290-VAP-AGR

**Box.com - User Activity Report - Download**

**Service: Microsoft Cloud App Security - USE2**

**for TRC Test - Sample**

| Date | User Name | User Email | IP Address | Action | Affected | Affected Id | Size (kB) | Parent Folder | Details |
|---|---|---|---|---|---|---|---|---|---|
| 9/26/2022 16:23 | TRCLab | TRCLab@trcglobal.com | 40.84.2.83 | Download | Not Downloaded 008.xlsx | 1024387082415 | 10.03 | All Files | Service: Microsoft Cloud App Security - USE2 |
| 9/26/2022 16:23 | TRCLab | TRCLab@trcglobal.com | 40.84.2.83 | Download | Not Downloaded 007.pdf | 1024390489122 | 91.27 | All Files | Service: Microsoft Cloud App Security - USE2 |
| 9/26/2022 16:23 | TRCLab | TRCLab@trcglobal.com | 40.84.2.83 | Download | Not Downloaded 006.pdf | 1024379062523 | 14277.04 | All Files | Service: Microsoft Cloud App Security - USE2 |
| 9/26/2022 16:23 | TRCLab | TRCLab@trcglobal.com | 40.84.2.83 | Download | Not Downloaded 018.pdf | 1024392242933 | 232.25 | All Files | Service: Microsoft Cloud App Security - USE2 |
| 9/26/2022 16:23 | TRCLab | TRCLab@trcglobal.com | 40.84.2.83 | Download | Not Downloaded 009.docx | 1024387772248 | 142.37 | All Files | Service: Microsoft Cloud App Security - USE2 |
| 9/26/2022 16:23 | TRCLab | TRCLab@trcglobal.com | 40.84.2.83 | Download | Not Downloaded 020.docx | 1024390903388 | 25.91 | All Files | Service: Microsoft Cloud App Security - USE2 |
| 9/26/2022 16:23 | TRCLab | TRCLab@trcglobal.com | 40.84.2.83 | Download | Not Downloaded 015.docx | 1024388954588 | 104.27 | All Files | Service: Microsoft Cloud App Security - USE2 |
| 9/26/2022 16:23 | TRCLab | TRCLab@trcglobal.com | 40.84.2.83 | Download | Not Downloaded 016.xlsx | 1024387841824 | 15.87 | All Files | Service: Microsoft Cloud App Security - USE2 |

## CONCLUSION

45.     On its face, the Box.com "User Created Activity" Report shows "Microsoft Cloud App Security" (now renamed to "Microsoft Defender for Cloud Apps," which is a part of "Microsoft 365 Defender") created each entry when the Nadie Hernandez account is accused of downloading files beginning on 01/17/21 at 5:07 AM UTC.  These "Microsoft Cloud App Security" scans were performed to protect the company's data stored on Box.com.

46.     In Gareth Sweeney's Declaration of July 16, 2021, he failed to mention, McLarens' use of "Microsoft Cloud App Security" (now renamed to "Microsoft Defender for Cloud Apps," which is a part of "Microsoft 365 Defender") to protect the company's Box.com data.  As Director of Information Security – Technology Services, Sweeny states he has "several duties and responsibilities, including

DECLARATION OF NEIL BROOM
2:21-CV-05290-VAP-AGR

monitoring global compliance with data security policies and procedures applicable to McLarens and its subsidiaries." I cannot explain how the Director of Information Security – Technology Services would not know McLarens' uses "Microsoft Cloud App Security" (now renamed to "Microsoft Defender for Cloud Apps," which is a part of "Microsoft 365 Defender") to protect their Box.com data.

47.     Sweeny's Declaration failed to mention that Box.com's "User Activity Report" has the option to include the "IP Address" and the "Details" information for each Date and Time entry, the IP Addresses for the entries in question belong to Microsoft in Europe, and the "Details" information clearly shows "Microsoft Cloud App Security" scans were responsible for these entries.

48.     In the "Expert Report David Kalat" he stated, "A person using the login credentials for nadie.hernandez@mclarens.com intentionally downloaded a set of 3,874 documents on Saturday January 16, 2021 between 9:07 PM and 10:52 PM Pacific" and "This action involved an intent to deceive." As detailed in my Declaration, the activity on Nadie Hernandez's Box.com account on Saturday January 16, 2021, were the direct result of scans conducted by "Microsoft Cloud App Security" (now renamed to "Microsoft Defender for Cloud Apps") and were **not** conducted by Nadie Hernandez or anyone else using her logon credentials.

49.     In discussing the User Activity Report from Box.com, Kalat states, "Those IP addresses (13.95.30 and 13.95.29.177) are owned by Microsoft, and are used by the Microsoft Defender for Cloud Apps service. That service is comparable to a VPN, wherein a user's network activity is routed from their device's connection through a third-party connection that provides additional security protections while masking the original IP address. This means the computer that was used to connect to Box and perform the January 16 Download was a computer that had Microsoft Defender for Cloud Apps installed on it." Kalat is incorrect. Microsoft Defender for Cloud Apps is **NOT** an application that gets installed on a computer. It is a Cloud Based Security Service that is setup (via a Web Browser) and connects to Cloud

DECLARATION OF NEIL BROOM
2:21-CV-05290-VAP-AGR

1    Based Services (such as Box.com) to secure the company's Box.com data.

2        50.    Lastly, Kalat states, "Although the Box Activity Report recorded the

3    January 16 Download as activity attributed to the user Nadie Hernandez, it should be

4    noted that this merely indicates that the user responsible for intentionally initiating

5    the download of 3,874 documents to a non-AEG computer was a person logged in

6    using the credentials for the natie.hernandez@mclarens.com account.  This does not

7    necessarily mean that Nadie Hernandez herself performed the download.  Someone

8    else using her log in credentials for Box.com could have performed the download."

9    Kalat does not appear to understand that Microsoft Defender for Cloud Apps is a

10   Cloud Based Service that McLarens setup to secure it's Box.com data.  The log

11   entries in the User Activity Report for the "January 16 Download" were caused by

12   scans from "Microsoft Cloud App Security" (now renamed to "Microsoft Defender

13   for Cloud Apps") performed from the Internet to secure the Box.com files.

14       I declare under penalty of perjury under the laws of the United States of

15   America that the foregoing is true and correct and that this declaration was executed

16   at Huntington Beach, California on September 30, 2022

17

18                                      Neil Broom

19

20

21

22

23

24

25

26

27

28

DECLARATION OF NEIL BROOM
2:21-CV-05290-VAP-AGR

EXHIBIT A



# Neil Broom
## Curriculum Vitae

nbroom@trcglobal.com

www.trcglobal.com

**PROFESSIONAL BIO:**

Neil Broom is the President and Laboratory Director of Technical Resource Center, Inc.  As an expert witness, investigator, speaker, trainer, course director, and consultant in the fields of Computer Forensics, Cell Phone Forensics, Call Detail Records and Geolocation Analysis, Network and Computer Security, Information Assurance, and Professional Security Testing, he has over 30 years of experience providing investigative, technical, educational, and security services to the military, attorneys, law enforcement, the health care industry, financial institutions, and government agencies.  He is a licensed California Private Investigator, Florida Private Investigator, Texas Private Investigator, Michigan Professional Investigator, Utah Private Investigator, South Carolina Private Investigator, Georgia Private Detective, and Georgia Private Detective Instructor.  He is a qualified Expert Witness in Federal and State Courts and has been appointed to the Los Angeles Superior Court Panel of Expert Witnesses for "Computer Forensics" and "Cellular and GPS Mapping and Analysis."

Neil Broom was the Developer of the Technical Resource Center's *JumpStart Computer Forensics (Applied Computer Forensics)* course and the ProDiscover Certified Examiner training course and certification.  He has provided training in the fields of Computer Forensics and Information Security to over 3,000 students in the US Government, US Military, US Intelligence Agencies, and Fortune 500 companies in the United States and abroad.

Neil Broom coauthored a technical book in 2004 for Sybex Publishing titled *Computer Forensics JumpStart*. The book is a primer for anyone interested in entering the Computer Forensics field.  The second edition of this book was released in 2011, with Broom as the Technical Editor.

Neil Broom currently serves on the Ethical Standards Committee of the International Society of Forensic Computer Examiners (ISFCE) and previously served on the National Leadership Assembly of the American Society of Digital Forensics & eDiscovery (ASDFED).  Additionally, he is the past Chairman of the Digital Evidence Subcommittee for the International Association for Identification (IAI), a former member of the Delegate Assembly for the American Society of Crime Laboratory Directors / Laboratory Accreditation Board (ASCLD/LAB), and has been a Professional Member of the National Speakers Association.  His past employment includes the U.S. Navy as a Submariner, the Gainesville Police Department as a Law Enforcement Officer, the S1 Corporation as a System Administrator, and Internet Security Systems as a Security Trainer.

In the fall of 2009, Neil Broom received the quarterly Certified Computer Examiner (CCE) Excellence Award from the International Society of Forensic Computer Examiners (ISFCE), "For work in the field of computer forensics and representing the ISFCE and CCE designation in a positive manner."

Neil Broom holds multiple prestigious security certifications including: Certified Computer Examiner (CCE), Certified Fraud Examiner (CFE), Cellebrite Certified Mobile Examiner (CCME), Cellebrite Certified Physical Analyst (CCPA), Cellebrite Certified Operator (CCO), and Certified Information Systems Security Professional (CISSP).  Mr. Broom was awarded a Bachelor of Science (BS) in Computer Forensics and Digital Investigation and a Master of Science (MS) in Digital Forensic Management from Champlain College.

---

**EDUCATION:**

- Champlain College, Burlington VT - Master of Science in Digital Forensic Management - 4.0 GPA, May 2016
- Champlain College, Burlington VT - Graduate Certificate in Digital Investigation Process Management, Aug 2015
- Champlain College, Burlington VT - Bachelor of Science in Computer Forensics and Digital Investigation, December 2012
  - Graduated Summa Cum Laude - 4.0 GPA
- University of Florida, Gainesville FL - Associate of Arts Degree, May 1993
- Santa Fe Community College, Gainesville FL - Graduated Police Academy, August 1992
- Naval Submarine School, Submarine Base Groton CT - Graduated First in Class, October 1987
- Nuclear Field Electrician's "A" School, Naval Station Orlando FL - Graduated, January 1987

**CERTIFICATIONS:**

- Cellebrite Certified Mobile Examiner (CCME) Recertified, Cellebrite, August 2022
- Cellebrite Certified Physical Analyst (CCPA) Recertified, Cellebrite, August 2022
- Cellebrite Certified Operator (CCO) Recertified, Cellebrite, August 2022
- Certified Computer Examiner (CCE) Recertified, ISFCE, January 2021
- EnCase Certified Examiner (EnCE) Recertified, Opentext, January 2021
- AccessData Certified Examiner (ACE), AccessData, December 2020
- AccessData Certified Investigator, AccessData, December 2020
- Cellebrite Certified Mobile Examiner (CCME), Cellebrite, December 2020
- Cellebrite Certified Physical Analyst (CCPA) Recertified, Cellebrite, December 2020
- Cellebrite Certified Operator (CCO) Recertified, Cellebrite, December 2020
- Cellebrite Advanced Smartphone Analysis (CASA), Cellebrite, July 2019
- Certified Computer Examiner (CCE) Recertified, ISFCE, February 2019
- Cellebrite Certified Physical Analyst (CCPA), Cellebrite, July 2018
- Cellebrite Certified Operator (CCO), Cellebrite, August 2017
- Certified Computer Examiner (CCE) Recertified, ISFCE, March 2017
- EnCase Certified Examiner (EnCE) Recertified, Guidance Software, March 2017
- Certified Computer Examiner (CCE) Recertified, ISFCE, January 2015
- EnCase Certified Examiner (EnCE) Recertified, Guidance Software, April 2014
- Certified ProDiscover Examiner Instructor, Technology Pathways, May 2013
- Certified Computer Examiner (CCE) Recertified, ISFCE, January 2013
- AccessData Certified Examiner (ACE) Recertified, AccessData, July 2012
- EnCase Certified Examiner (EnCE), Guidance Software, July 2011
- AccessData Certified Examiner (ACE), AccessData, June 2011
- Certified Computer Examiner (CCE) Recertified, ISFCE, January 2011
- Certified XRY Physical Mobile Phone Forensics Examiner, Micro Systemation, August 2010
- Certified Computer Examiner (CCE) Recertified, ISFCE, January 2009
- Certified Fraud Examiner (CFE), Association of Certified Fraud Examiners, September 2008
- Certified Computer Examiner (CCE) Recertified, ISFCE, June 2007
- Certified EC-Council Instructor, EC-Council, July 2005
- Computer Hacking Forensic Investigator (CHFI), EC-Council, November 2004
- Certified Computer Examiner (CCE), Certificate # 28, ISFCE, January 2004
- Certified Ethical Hacker (CEH), EC-Council, December 2003
- Certified Computer Forensic Technician (CCFT), LC Technology International, November 2002
- INFOSEC Assessment Methodology (NSA IAM), National Security Agency, September 2002
- TruSecure ICSA Certified Security Associate (TICSA), TruSecure, February 2002
- Certified Information Systems Security Professional (CISSP), $ISC^2$, July 2001
- Microsoft Certified Trainer (MCT), Microsoft, November 2000
- Microsoft Certified Systems Engineer (MCSE) & Microsoft Certified Professional + Internet (MCP+I), Microsoft, Dec 1999
- Microsoft Certified Professional (MCP), Microsoft, May 1998
- School Resource Officer, Florida Commission on Criminal Justice Standards and Training, June 1995
- Field Training Officer, Florida Commission on Criminal Justice Standards and Training, October 1993
- Breath Test Operator, Florida Commission on Criminal Justice Standards and Training, August 1993
- Law Enforcement Officer, Florida Commission on Criminal Justice Standards and Training, September 1992
- SCUBA Instructor, NAUI, March 1991
- Qualified in Submarines, Electrician's Mate, US Navy, June 1988

**LICENSES:**

- South Carolina Private Investigator - License # 3955, SC Law Enforcement Division (SLED), July 28, 2022 to Present
- South Carolina Private Investigations Business - License # 3955, SC Law Enforcement Division, July 28, 2022 to Present
- Utah Private Investigation Agency - License # P112091, Utah Department of Public Safety, June 6, 2022 to Present
- Utah Private Investigation Agency Agent - License # G2323861, Utah Department of Public Safety, June 6, 2022 to Present
- Florida Private Investigation Agency - Lic. # A1700255, FL Dept. of Ag and Consumer Services, Dec. 15, 2017 to Present
- Michigan Professional Investigator Agency - License # 3701207406, Michigan Dept. of LARA, Dec. 14, 2017 to Present
- Texas Private Investigation Company - License # A06230801, Texas Department of Public Safety, Nov. 28, 2017 to Present
- Texas Private Investigator - License # 40976801, Texas Department of Public Safety, November 17, 2017 to Present
- Florida Private Investigator - License # C 1700485, FL Dept. of Ag and Consumer Services, November 7, 2017 to Present
- California Concealed Firearm License - License # 33257889, Orange County Sheriff, March 1, 2016 to Present
- Florida Concealed Weapon or Firearm License - License # W1355871, State of Florida, May 4, 2013 to Present
- Utah Concealed Firearm Permit - License # C849029, State of Utah, May 1, 2013 to Present
- CA Exposed Firearm Permit - License #FQ346633 CA Bureau of Security and Investigative Services, March 2013 to Present
- CA Security Guard - License # G1812504, CA Bureau of Security and Investigative Services, March 2013 to Present
- California Private Investigator - License # PI28170 CA Bureau of Security and Investigative Services, Jan 2013 to Present
- Georgia Private Detective Instructor - License # CLTR000881, Georgia Secretary of State, September 2008 to Present
- Georgia Private Detective - License # PDE047488, Georgia Secretary of State, August 2006 to Present
- Georgia Private Detective Agency - TRC Company License # PDC002261, GA Secretary of State, August 2006 to Present

**PUBLICATIONS:**

- Technical Editor (Ch 1 & 2) for 2nd Edition of *Mastering Windows Network Forensics and Investigation* for Wiley, July 2011
- Technical Editor for 2nd Edition of *Computer Forensics JumpStart* for Sybex Publishing, April 2011
- Co-authored the book, *Computer Forensics JumpStart,* for Sybex Publishing, November 2004
- Developed Exam Questions for Network Security Course for EC Council, April 2004
- Developed Exam Questions for Computer Hacking Forensic Investigator (CHFI) Course for EC Council, April 2004
- Developed "Windows 2003 Server Module" Curriculum for Professional Hacking Course for Intense School, February 2004
- Developed "JumpStart Computer Forensics" (Applied Computer Forensics) Course for TRC / Intense School, July 2003

**LEADERSHIP POSITIONS HELD:**

- Ethical Standards Committee, International Society of Forensic Computer Examiners (ISFCE), July 2011 to Present
- National Leadership Assembly, The American Society of Digital Forensics & eDiscovery (ASDFED), 2011 to 2012
- Digital Evidence Subcommittee Chair, International Association for Identification (IAI), 2009 to 2010
- Vice President, Atlanta Chapter, International Information Systems Forensics Association (IISFA), 2004

**PROFESSIONAL ASSOCIATION MEMBERSHIPS:**

- National Association of Criminal Defense Lawyers (NACDL), Associate, June 29, 2022 to Present
- American Society of Crime Laboratory Directors (ASCLD) Delegate Assembly, September 2009 to September 2014
- Association of Certified Fraud Examiners (ACFE), September 2008 to Present
- International Association for Identification (IAI), 2008 to 2011
- International Society of Forensic Computer Examiners (ISFCE), June 2004 to Present
- International Information Systems Security Certification Consortium (ISC)² July 2001 to Present

**RECOGNITION:**

- Appointed to the Los Angeles Superior Court Expert Witness Panel (Cell Phone Forensics, Call Detail Records, Cell Tower, GPS and Google Location Data Analysis), May 2021
- The Dr. Phil Show - Dr. Phil stated, "This guy is the Best of the Best" referring to Neil Broom, December 06, 2017
- Appointed to the Los Angeles Superior Court Expert Witness Panel (Computer Forensics), December 2014
- Certified Computer Examiner (CCE) Excellence Award from the International Society of Forensic Computer Examiners (ISFCE), Fall 2009

**EXPERT WITNESS TESTIMONY, AFFIDAVITS, AND APPOINTMENTS:**

- United States District Court, Central District of California, Western Division, Case No. 2:21-cv-05290-VAP-AGR AEG Holdco, LLC v. Kellie Vazquez, Kyle Gamez, Nadiezhda Hernandez, Charles Taylor Insurance General Agency, Inc.
  - o  09/30/22 - Expert Declaration

- Los Angeles County Superior Court, California, Case Number BA472919-02 State of California v. Christian Montgomery
  - o  09/14/22 - Appointed Expert Witness for Defendant (Computer Forensics)

- Santa Barbara County Superior Court, California, Figueroa Division Case Number 21CR80023 State of California v. Arian Eteghaei
  - o  08/15/22 - Expert Declaration for Defendant (Cell Phone Forensics)

- Los Angeles County Superior Court, California, Case Number BA482540 State of California v. Michael Agboola
  - o  07/07/22 - Appointed Expert Witness for Defendant (Cell Phone Forensics)

- Marin County Superior Court, California, Case Number SC212333a State of California v. Nichols Herman
  - o  07/08/22 - Defendant found Not Guilty
  - o  07/05/22 - Expert Trial Testimony (Continued)
  - o  07/01/22 - Expert Trial Testimony (Fraud, Cell Phone Forensics, Computer Forensics, Crypto Currency, Hacking)

- Los Angeles County Superior Court, California, Case Number VA157813 State of California v. Shawn Hicks
  - o  05/24/22 - Appointed Expert Witness for Defendant (DVR Forensics)

- Orange County Superior Court, California, Juvenile Division, Case Number 21DL0205 In Re The Matter of Braylozky Arias
  - o  05/20/22 - Expert for Defendant (Cell Phone Forensics and Call Detail Records)

- United States of America, National Labor Relations Board, San Francisco Office, Case Nos. 31-CA-278848, 31-CA-278852, 31-CA-280967, and 31-CA-280968 Radnet Management, Inc. and National Union of Healthcare Workers
  - o  05/17/22 - Designated Expert (Cell Phone Forensics)

- San Diego County Superior Court, California, Case Number 22FL001737N, Gano v. Gano
  - o  05/12/22 - Noticed to Appear as Expert

- Los Angeles County Superior Court, California, Case Number BA497408 State of California v. Amexem Bey
  - o  05/09/22 - Appointed Expert Witness for Defendant (Computer Forensics)

- United States District Court, Northern District of Georgia, Atlanta Division, Case No. 1:21-cv-03345 Plateau Excavation, Inc. v. Strack, Inc., Jonathan Strack and Jason Hoffman
  - o  04/28/22 - Expert (Computer Forensics)

- Los Angeles County Superior Court, California, Case Number VA156403 State of California v. Alan Ramirez
  - o  04/25/22 - Appointed Expert Witness for Defendant (Digital Forensics)

- Los Angeles County Superior Court, California, Case Number PA094331-01 State of California v. Jesse Janto
  - o  04/15/22 - Appointed Expert Witness for Defendant

- Los Angeles County Superior Court, California, Case Number BA501087 State of California v. Ronald Hess
  - o  04/04/22 - Appointed Expert Witness for Defendant

- Los Angeles County Superior Court, California, Case Number BA490226-01 State of California v. Jane Nicholson
  - o  03/22/22 - Appointed Expert Witness for Defendant

- San Bernardino County Superior Court, California, Case Number FWV21001082 State of California v. Timothy Francis McGillivray
  - o  03/17/22 - Protective Order for Expert for Defendant

- United States District Court, Northern District of Georgia, Case No. 1:21-CV-05086 CMI Limited Co. v. Bridge Brothers Inc. et al.
  - o  03/15/22 - Neutral Expert

- Los Angeles County Superior Court, California, Case Number VA155619 State of California v. Saint Joseph Anderson
  - 03/04/22 - Appointed Cell Phone Expert for Defendant

- Los Angeles County Superior Court, California, Case Number SA105902 State of California v. Daniel Khalili
  - 02/18/22 - Appointed Expert Witness for Defendant

- Los Angeles County Superior Court, California, Case Number TA154424 State of California v. Abednego Madrigal Adre
  - 01/10/22 - Appointed Expert for Defendant

- Los Angeles County Superior Court, California, Case Number BA472621 State of California v. Eddie Chavez
  - 08/28/22 - Expert Declaration (Cell Phone Forensics / Significant Locations)
  - 07/21/22 - Appointed Expert Witness for Defendant (Cell Phone Forensics) (2nd Order)
  - 10/22/21 - Appointed Expert Witness for Defendant (Cell Phone Forensics)

- Los Angeles County Superior Court, California, Case Number 2019008726 State of California v. Joseph Byrnes
  - 12/01/21 - All 22 Counts Dismissed
  - 11/30/21 - Expert Declaration
  - 11/07/21 - Expert Declaration
  - 10/15/21 - Appointed Expert Witness for Defendant (Computer and Cell Phone Forensics)

- Los Angeles County Superior Court, California, Case Number BA487874 State of California v. Klaus Vaun Nikola
  - 10/07/21 - Appointed Expert Witness for Defendant

- Los Angeles County Superior Court, California, Case Number KA112126 State of California v. Tomas Sarinana
  - 10/18/21 - Expert Declaration
  - 09/21/21 - Appointed Expert for Defendant (Computer Forensics)

- Imperial County Superior Court, California, Case Number ECU000927 Deborah Marsh, Desiree Hester, Deanna Schow, and Deirdre Hester v. Paul Moreno, Glacier Water, Primo Water Operations, Inc.
  - 09/14/21 - Trial, Noticed as Expert

- Los Angeles County Superior Court, California, Case Number NA115141 State of California v. John Amos Jackson Jr.
  - 09/01/21 - Appointed Expert for Defendant (Computer Forensics)

- United States District Court, Middle District of Florida, Ocala Division, Case No. 5:20-cv-00094-RBD-PRL Golden Film Production & Photography, LLC v. Ocala Horse Properties, LLC, Robert Desino, Christopher Desino, Matthew T. Varney, and Sans Terra, LLC FKA Globalsites.net LLC
  - 09/02/21 - Expert Deposition Testimony
  - 08/20/21 - Expert Report (Photographic EXIF Metadata)

- United States District Court, District of Montana, Helena Division, Case No. CR 21-05-H-BMM United States of America v. William Daly Harrington
  - 06/16/22 - Hearing Testimony
  - 08/18/21 - Appointed Expert for Defendant (Computer Forensics)

- Department of the Army, Headquarters, 3rd Armored Brigade Combat Team, 1st Armored Division, Fort Bliss Texas, AR 15-6 Investigation of SGT Shonpierre Williams
  - 08/04/21 - Expert Report (Cell Phone Forensics)

- United States District Court, Middle District of Georgia, Albany Division Case No. 1:17-CV-00220 Mark D Weissman, et al. v. Michael Cheokas
  - 07/07/21 - Hearing Testimony

- Los Angeles County Superior Court, California, Case Number BC693932 Lendlease (US) Construction Inc. v. Circa 1200 LLC, Wilshire Construction, LP, U.S. Specialty Insurance Company, American Contractors Indemnity Company
  - o   11/23/21 - Status Report #5 for the Court
  - o   10/01/21 - Status Report #4 for the Court
  - o   09/10/21 - Hearing
  - o   08/23/21 - Status Report #3 for the Court
  - o   08/09/21 - Hearing
  - o   08/09/21 - Status Report #2 for the Court
  - o   07/22/21 - Hearing
  - o   07/22/21 - Status Report #1 for the Court
  - o   05/28/21 - Appointed Neutral Expert for the Court (Computer Forensics)
  - o   05/25/21 - Hearing
  - o   05/24/21 - Proposed Appointed Expert (Computer Forensics)

- United States District Court, Central District of California, Case No.: 2:19-cv-10754-ODW-SK Juan Tobar v. The Goodyear Tire & Rubber Company, et al.
  - o   05/16/21 - Produced Cell Phone Forensics Report Directly to the Court
  - o   05/16/21 - Expert (Cell phone Forensics)
  - o   04/28/21 - Stipulated Protective Order

- State Court of Chatham County, Georgia, Civil Action File No.: STCV1701020 Christopher Fowler v. Garland Commercial Ranges, Ltd., Welbilt, Inc. fka Manitowoc Food-Service, Inc., and Restaurant Equipment Company of Savannah, Inc.
  - o   07/16/21 - Call with the Court
  - o   04/19/21 - Appointed Neutral Expert

- Los Angeles County Superior Court, California, Case Number BA479807 State of California v. Harold Smith
  - o   04/01/21 - Appointed Expert Witness for Defendant (Computer and Cell Phone Forensics)

- Los Angeles County Superior Court, California, Case Number BA494259 State of California v. Deandre Stone
  - o   04/01/21 - Appointed Expert Witness for Defendant (Computer and Cell Phone Forensics)

- San Bernardino County Superior Court, Joshua Tree Branch, California, Case Number FAMMS200001 In Re Marriage of: Petitioner David Dixon and Respondent Jacklyn Dixon
  - o   06/15/22 - Investigative Report #2 for Respondent
  - o   05/20/21 - Noticed for Hearing Testimony - Petitioner Stipulated to Report in Court
  - o   03/13/21 - Investigative Report #1 for Respondent

- Los Angeles County Superior Court, California, Case Number NA105737 State of California v. Patrick German
  - o   05/07/21 - Appointed Computer / Cell Phone Expert for Defendant (2nd Order)
  - o   02/19/21 - Appointed Computer / Cell Phone Expert for Defendant

- Orange County Superior Court, California, Case Number 30-2019-01091016-CU-BC-CJC Fine Consulting Services, Inc., a Nevada Corporation v. Manley's Boiler LLC, a California Limited Liability Company; Vallatus Midco LLC, a Delaware Limited Liability Company; Brian Alvarez
  - o   02/18/21 - Expert Declaration

- Los Angeles County Superior Court, California, Case Number YJ40620 State of California v. Jaime Rincon
  - o   02/22/21 - Expert Declaration
  - o   02/17/21 - Expert Hearing Testimony
  - o   02/17/21 - Prepared Expert Report (Photographic EXIF Metadata, Evidence Preservation)
  - o   02/16/21 - Appointed Expert Witness for Defendant

- Los Angeles County Superior Court, California, Case Number BA489332 State of California v. Dewone Bell
  - o   02/10/21 - Appointed Computer Forensics Expert for Defendant

- Contra Costa County Superior Court, California, Case Number MSC18-01894 Fresh Source Produce, LLC v. Shawn Dagen
  - o   06/13/22 - Deposition
  - o   02/09/21 - Expert Declaration

- Los Angeles County Superior Court, California, Case Number NA113750 State of California v. Robert Nunez
  - 08/10/22 - Hearing Expert Testimony (Timing Advance Records / TrueCall Records, Geolocation) Cont.
  - 08/09/22 - Hearing Expert Testimony (Timing Advance Records / TrueCall Records, Geolocation Analysis)
  - 05/31/22 - Hearing
  - 02/04/22 - Appointed Expert Witness for Defendant (2nd Order)
  - 01/19/21 - Appointed Computer Forensics Expert for Defendant

- Sixth Judicial Circuit, Pasco County, Florida, Civil Division, Case No. 18-CA-004086 Donna Rodriguez, et al v. Jeffery Kane Harvey, et al
  - 01/11/21 - Expert Hearing Testimony (Cell Phone Forensics and Call Detail Records Analysis)
  - 12/17/20 - Expert Deposition Testimony (Cell Phone Forensics and Call Detail Records Analysis)

- Los Angeles County Superior Court, California, Criminal Number VA142857 State of California v. Ramon Ramirez
  - 03/02/21 - Appointed Expert Witness for Defendant (2nd Order)
  - 12/09/20 - Appointed IT Expert for Defendant (Cell Phone and Cloud Analysis)

- Montana Ninth Judicial District Court, Glacier County, Cause No. DC-19-53 State of Montana v. Anthony Ray Heaton
  - 12/07/20 - Trial, Noticed as Expert

- Alameda County Superior Court, California, Case No. RG19014788 James Williams v. Simpson Strong-Tie Company, Inc.
  - 02/16/21 - Expert Trial Testimony
  - 01/18/21 - Expert Deposition Testimony
  - 10/27/20 - Prepared Expert Report (Photographic EXIF Metadata)

- United States District Court, Northern District of California, Case No. 3:19-CV-02988 Clarence Williams v. United Airlines, Inc.
  - 07/03/20 - Prepared Expert Report (Cell Phone Forensics)

- San Bernardino Superior Court, California, Case NO. CIVDS1902640 Marissa Freeman v. Board of Trustees of the California State University and Angel Castro
  - 09/14/20 - Trial, Noticed as Expert
  - 04/01/20 - Deposition, Noticed as Expert

- Los Angeles County Superior Court, California, Case Number 9LB02340 State of California v. Kammerson Mianoacunia
  - 02/20/20 - Appointed Expert for Defendant

- Los Angeles County Superior Court, California, Case No. KA121101 State of California v. Christopher Ashley Wheetley
  - 01/30/20 - Appointed Computer Forensics Expert for District Attorney of Los Angeles County (Mobile Device)

- Los Angeles County Superior Court, California, Case Number PA091223 State of California v. Salvador Sanchez
  - 07/12/22 - Appointed Expert Witness for Defendant (2nd Order)
  - 11/27/19 - Appointed Computer Forensics Expert for Defendant

- United States District Court, Central District of Illinois, Rock Island Division, Case No. 4:19-CV-4178 Deere & Company v. Seth Crawford and Adrian Crawford
  - 05/13/20 - Prepared 2nd Expert Declaration
  - 10/08/19 - Prepared Expert Declaration

- County of Santa Fe, New Mexico, 1st Judicial District Court, Case No. D-101-CV-2018-00840 Jennifer Caudillo, et al v. Dalton Yarbrough, et al.
  - 09/18/19 - Expert Deposition Testimony.  Commercial Vehicle / Cell Phone

- United States District Court, Southern District of California, Case No. 3:18-CV-02028 John Stone v. AT&T Services, Inc., Vehicle Agency, LLC
  - 02/27/20 - Expert Deposition Testimony
  - 09/09/19 - Prepared Expert Report on Cell Phone Forensics

- Los Angeles County Superior Court, California, Criminal Number BA478279 State of California v. Angel Martinez Lara
  - 06/25/20 - Prepared Expert Report
  - 05/28/20 - Appointed Computer Forensics Expert for Defendant (2nd Order)
  - 09/06/19 - Appointed Computer Forensics Expert for Defendant (Computer and Cell Phone Analysis)

- San Diego County Superior Court, North County Division, California, Case No. DN180302 Charles Meredith v. Sherry Meredith
  - o 01/22/21 - Expert Trial Testimony
  - o 03/10/20 - Expert Deposition Testimony
  - o 03/03/20 - Prepared 2nd Expert Report
  - o 08/20/19 - Prepared Expert Report

- Orange County Superior Court, California, Criminal Number 13WF3156 State of California v. Francisco Dominguez
  - o 06/17/20 - Appointed Defense Expert (2nd Order)
  - o 10/12/19 - Prepared Expert Report
  - o 08/15/19 - Appointed Cellular Forensics Expert for Defendant

- Los Angeles County Superior Court, California, Criminal Number NA111040 State of California v. Matthew Jones/Sandoval
  - o 03/29/21 - DA dismissed charges based on Expert Report of Google Geolocation Analysis
  - o 03/15/21 - Expert Testimony at Hearing, Noticed.  Client won motion for NEW TRIAL based on Forensics Report.
  - o 01/15/21 - Appointed Forensics Expert (4th Order) (Call Detail Records and Google Geolocation Analysis)
  - o 12/04/20 - Prepared Expert Report
  - o 10/22/20 - Appointed Forensics Expert (3rd Order) (Call Detail Records and Google Geolocation Analysis)
  - o 09/10/20 - Appeared via Telephone at Hearing for Defendant
  - o 08/31/20 - Appeared at Hearing for Defendant
  - o 08/21/20 - Appointed Forensics Expert for Defendant (2nd Order) (Google Geolocation Analysis)
  - o 08/09/20 - Prepared Expert Declaration
  - o 07/15/19 - Appointed Forensics Expert for Defendant (Cell Phone, Call Detail Records, and Geolocation Analysis)

- Financial Industry Regulatory Authority (FINRA), Disciplinary Proceeding No. 2016050957901 Department of Enforcement v. Innovation Partners LLC, Patrick Emanuel Sutherland, and Yanique Lawrence
  - o 7/20/19 - Prepared Expert Report
  - o 6/19/19 - Accepted as Computer Forensics Expert Witness

- Orange County Superior Court, California, Case No. 30-2017-00963308 Thomas Gallaway Corporation, dba Technologent v. Teresa Annibale, Jonathan Grimm, Geoffrey Wright, Mary Gore
  - o 06/18/19 - Appointed Neutral Computer Forensics Expert

- United States District Court, Eastern District of Texas, Marshall Division, Civil Action No. 2:15-CV-01470 CEATS, Inc. v. TicketNetwork, Inc., Ticket Software, LLC
  - o 01/22/21 - Expert Testimony at Hearing
  - o 02/10/20 - Prepared Neutral Expert Report
  - o 05/31/19 - Appointed Neutral Computer Forensics Expert

- United States District Court, District of Hawaii, Case No. 17CR0582 United States v. Derek Wayne Hahn
  - o 6/19/19 - Testified as Photograph EXIF (Metadata) Expert Witness for Defense
  - o 5/07/19 - Prepared Expert Report

- Superior Court of Gwinnett County, Georgia, Civil Action Number 17-A-03712-6 Bowen, et al. v. Century Communities of Georgia, LLC, Ted Turner, et al.
  - o 03/28/19 - Appointed Neutral Computer Forensics Expert

- San Diego County Superior Court, California, Criminal Number CE377856 State of California v. Sean Vandenhul
  - o 03/25/19 - Expert Witness for Defendant

- United States District Court, Northern District of California, Case No. 3:18-CV-00009-EMC John Finkelstein v. San Mateo County District Attorney's Office
  - o 01/15/19 - Prepared Expert Report on Skype Account Creation / Quashed Search Warrant

- United States District Court, Central District of California, Case No. 2:15-CR-00407 United States vs. Leprinceton Burks
  - o 01/10/19 - Appointed Computer Forensics Expert for Defendant

- Los Angeles County Superior Court, California, Criminal Number 8DN01586 State of California v. Idalia Gonzalez
  - o 01/03/19 - Appointed Cell Tower Expert for Defendant (Call Detail Records and Geolocation Analysis)

- Humboldt County Superior Court, California, Case Number CR1804051 State of California v. Ulisses Rodriguez
  - o  01/03/19 - Appointed Expert for Defendant (Cell Tower Call Detail Records and Geolocation Analysis)

- Los Angeles County Superior Court, California, Criminal Number BA471170 State of California v. Landon Nicholes
  - o  12/20/18 - Appointed Computer Forensics Expert for Defendant (iPhone and Call Detail Records and Geolocation Analysis)

- United States District Court, Central District of California, Case No. 2:09-CR-00640 United States vs. Vahe Sarkiss
  - o  11/17/18 - Appointed Computer Forensics Expert for Defendant

- Utah State Court, 4th Judicial District, Utah County, Spanish Fork District Court, Civil No. 170300192 Yvonne Tavares v. Halverson Mechanical, Inc. and Jayson Pedersen
  - o  11/02/18 - Prepared Expert Declaration - "Spoliation of Evidence, Cell Phone Destruction"

- Los Angeles County Superior Court, California, Case No. BC626346 Maria Rodriguez Correa v. Raphael Castanedez, Danny Letner, Inc., Letner Roofing Company, Inc. Diana Salinas, Jose Salinas, Beronica Chan, Jose Guadalupe Chantec
  - o  12/03/18 - Expert Deposition
  - o  10/02/18 - Prepared Declaration in Support of Defendant's Motion for Summary Judgement - Call Detail Records and Geolocation Analysis

- United States Bankruptcy Court, Central District of California - Los Angeles Division, Bk. Case No.: 2:15-bk-20351–BB (Ch. 7) In re Clark Baker, Debtor and Adv. Case No.: 2:15-ap-01535-BB James Murtagh, M.D. vs. Clark Baker
  - o  01/07/19 - Neutral Expert Progress Report #2 to Court
  - o  11/30/18 - Neutral Expert Progress Report #1 to Court
  - o  08/16/18 - Appointed Neutral Expert (Digital Evidence Collection and Processing)

- District Court of Midland County Texas, 142nd Judicial District, Cause No. CV53029 Cristina A. Brown, Steven S. Lacy, Jr., and Saul Contreras as Next Friend of Josiah Contreras and Alyssa Contreras, Minors v. Adalberto M. Almanza and A&G Investments, LLC DBA Special Logistics Dallas and/or DBA Special Distribution Services DFW
  - o  06/18/18 - Appointed Neutral Third-Party to examine Cell Phone, Call Detail Records and Geolocation Analysis, Forensics Preservation of Server / Multiple PCs, Forensics Processing of Evidence, Production of Responsive Data

- Los Angeles County Superior Court, California, Criminal Number BA457175 State of California v. Hector Benitez
  - o  06/25/18 - Order to Examine Cell Phone Evidence (iPhone and LG phone)
  - o  06/01/18 - Appointed Expert Witness for Defendant

- United States District Court, Central District of California, Western Division, Case No. 2:18-cv-03041 Nationstar Mortgage LLC v. Patrick Joseph Soria, West H&A, LLC, Warranted Effectuation of Substitute Transferee Inc, AKA W.E.S.T. Inc, Westwood Legal, Westward Legal, Brighton Legal Group, PC, BLG PC National By Brighton Legal Group Inc, Deutsche Mellon National Asset, LLC, Christiana Wilmington Global Asset Corp, HBSC US its Capacity as Legal Title Holder Incorporated, Camden Legal Group, PC
  - o  09/04/18 - Forensics Processing of 2nd iPhone
  - o  06/05/18 - Prepared Expert Declaration of iPhone Examination
  - o  05/31/18 - Forensics Processing of an iPhone

- Nevada County Superior Court, California, Case No. TF17-000448 State of California v. Manowar Hossain Kahn
  - o  05/25/18 - Appointed Expert Witness for Defendant, Cell Phone Analysis of Samsung Galaxy S5 Video Evidence

- Los Angeles County Superior Court, California, Criminal Number BA465673 State of California v. Ray Wu
  - o  05/23/18 - Appointed Computer Forensics Expert for Defendant

- Los Angeles County Superior Court, California, Criminal Number BA457736 State of California v. Wadrick Bouligny
  - o  05/17/18 - Appointed Computer Forensics, Cell Phone Forensics, and Cell Tower Records Expert for Defendant, Conducted Call Detail Records and Geolocation Analysis

- Los Angeles County Superior Court, California, Criminal Number BA462476 State of California v. Devon McKinley
  - o  05/14/18 - Appointed Computer Forensics Expert to Examine Call Detail Records (CDRs) and a Cell Phone for Defendant, Conducted Call Detail Records and Geolocation Analysis

- United States District Court, Northern District of Georgia, Atlanta Division, Civil Action Number 1:17-CV-01965 Calvin Gibson v. Wash Box, LLC dba Eco Express Wash and Cecil R. Francis
    - 04/13/18 - Prepared Expert Report on Photographic EXIF Data (Metadata) Manipulation

- Fulton County Superior Court, Georgia, Civil Action Number 2017-CV-290963 Lucy Jackson Bell, as Temporary Administrator of Frederick Mitchell Bell, Jr., Deceased vs. Lloyd Noland Bell, Individually and D/B/A Bell Law Firm, and SunTrust Bank, NA
    - 03/22/18 - Appointed Forensic Neutral for Electronic Evidence Collection (Computers, Cell Phones, Online Emails)

- Riverside County Superior Court, California, Case Number RIF1701507 State of California v. Denzel Cooley
    - 03/02/18 - Order for Neil Broom to Examine Digital Evidence

- State of Michigan in the Circuit Court for the County of Lapeer, Case No. 17-013022-FH State of Michigan v. Todd Courser
    - 03/01/18 - Computer Forensics Expert Witness Courtroom Testimony as Defense Witness
    - 02/26/18 - Prepared 2nd Expert Report showing Evidence Alteration while in Police Custody
    - 02/26/18 - Prepared Expert Report showing Evidence Alteration while in Police Custody

- United States District Court, Western District of Michigan, Southern Division, Case No. 1:16-cv-1094 Cindy Gamrat v. Keith Allard, Benjamin Graham, Joshua Cline, Joseph Gamrat, Michigan House of Representatives, Kevin G. Cotter, Tim L Bowlin, Brock Swartzle, Norm Saari, Edward McBroom, Hassan Beydoun, David Horr, and Vincent Krell
    - 02/22/18 - Prepared Expert Report confirming BitLocker Encryption of Evidence Hard Drives
    - 02/20/18 - Prepared Expert Report showing Evidence Alteration while in Police Custody

- Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2015-030283-CA Natalie Saunders-Pinnock v. John Doe, Colonial Freight Systems, Inc. and Progressive Select Insurance Company
    - 05/03/19 - Expert Deposition, Commercial Vehicle / Photo Exif Data
    - 02/15/18 - Prepared Expert Report on Photographic EXIF Data (Metadata) Manipulation

- Orange County Superior Court, California, Criminal Number 12HF0391 State of California v. Shaw Warrington
    - 01/30/18 - Order for Neil Broom to Process iPhone Evidence at OCRCFL
    - 01/26/18 - Order for Neil Broom to take Possession of Case Evidence

- Los Angeles County Superior Court, California, Criminal Number BA463057 State of California v. Joseph Hobbs
    - 01/25/18 - Appointed Computer Forensics Expert for Defendant (iPhone and Online Email Examination)

- United States District Court, Central District of California, Case No. 5:16-CR-00148 United States vs. Adam M. Griffith
    - 11/20/17 - Appointed Computer Forensics Expert for Defendant

- Los Angeles County Superior Court, California, Criminal Number BA461101 State of California v. Jorge Luis Cabral
    - 04/27/18 - Hearing to Quash Search Warrant - Expert Report presented to DA resulted in CHARGES DISMISSED.
    - 04/26/18 - Appointed Computer Forensics Expert for Defendant (4th Order)
    - 04/12/18 - Prepared Expert Report
    - 03/08/18 - Appointed Computer Forensics Expert for Defendant (3rd Order)
    - 01/04/18 - Prepared Expert Report
    - 12/07/17 - Appointed Computer Forensics Expert for Defendant (2nd Order)
    - 11/02/17 - Appointed Computer Forensics Expert for Defendant - Cell Phone Forensics and Dropbox evidence

- Financial Industry Regulatory Authority (FINRA), Disciplinary Proceeding No. 2014041432401 Department of Enforcement v. Joseph C. Farah
    - 10/27/17 - Prepared Expert Report - Defendant Plead Guilty

- Kern County Superior Court, California, Criminal Number MF012495A State of California v. Taron Mitchell
    - 10/23/17 - Appointed Technical Expert for Defendant (2nd Order)
    - 10/23/17 - Court Testimony
    - 10/13/17 - Appointed Technical Expert for Defendant - Cell Phone Forensics and Facebook

- Los Angeles County Superior Court, California, Criminal Number LA086678 State of California v. Ryan Patrick Brennan
    - 10/11/17 - Appointed Expert Witness for Defendant - Computer and Cell Phone Forensics

- Los Angeles County Superior Court, California, Criminal Number MJ24000 State of California v. Alannah Ussery
    - 10/06/17 - Appointed Expert for Defendant - Computer Forensics Examination

- Los Angeles County Superior Court, California, Criminal Number 6CJ03685 State of California v. Kelley Ann Lynch
  - 11/06/17 - Prepared Expert Report
  - 09/27/17 - Appointed Expert Witness for Defendant - Computer Forensics and Email Investigations

- Los Angeles County Superior Court, California, Criminal Number NA104396 State of California v. Robert Martinez
  - 09/18/17 - Appointed Computer Forensics Expert for Defendant - Cell Phone Examination

- Los Angeles County Superior Court, California, Criminal Number BA459733 State of California v. Bryan Marroquin
  - 08/25/17 - On-scene collection of Digital Surveillance System video files
  - 08/18/17 - Appointed Computer Forensics Expert for Defendant

- Superior Court of Gwinnett County, Georgia, Criminal Action Number 17-B-1402-2 State of Georgia vs. Ryan Sosebee
  - 08/01/17 - Employed as Computer Forensics Expert by Court for Defendant

- Los Angeles County Superior Court, California, Criminal Number BA457832 State of California v. Jimmy Chan
  - 07/21/17 - Appointed Expert Witness for Defendant

- United States District Court, Northern District of Georgia, Civil Action Number 1:16-CV-4396 Mobilitie Management, LLC v. Dan Harkness
  - 06/29/17 - Deposition Testimony

- Los Angeles County Superior Court, California, Criminal Number BA457034 State of California v. Soo Young Lee
  - 06/13/17 - Appointed Computer Forensics Expert for Defendant

- State Court of Chatham County, Georgia, Civil Action Number STCV1501478-SA Jacquelin Crocker v. Spanky's, Inc. - Southside
  - 06/15/17 - Prepared Affidavit

- United States District Court, Central District of California, Western Division Case Number 2:16-cv-05946 John Doe et al v County of Los Angeles et al
  - 06/07/17 - Prepared Expert Declaration

- Los Angeles County Superior Court, California, Criminal Number BA455204 State of California v. Jazzmin Monique Cage
  - 05/30/17 - Appointed Computer Forensics Expert for Defendant to examine Cell Phones and Call Detail Records

- State Court of Gwinnett County, Georgia, Civil Action Number 16-C-02655-S4 Uzoma Ogene aka Bisi Ogene vs. Okechukwu Okonkwo aka Okey Okonkwo
  - 05/16/17 - Prepared Affidavit concerning Web-Based Email Services

- Los Angeles County Superior Court, California, Criminal Number YA093407 State of California v. Carlos Ramos
  - 05/03/17 - Appointed Computer Forensics Expert for Defendant

- Los Angeles County Superior Court, California, Criminal Number BA436473 State of California v. Josean M. Posey, Sr.
  - 04/11/17 - Appointed Computer Forensics Expert for Defendant

- United States District Court, Middle District of Georgia, Civil Action Number 1:16-CV-16 Sandra Ann Lawson, et al. v. Atlas Van Lines, Inc., et al.
  - 03/09/17 - Telephone Deposition Testimony
  - 03/08/17 - Prepared Expert Declaration

- Los Angeles County Superior Court, California, Criminal Number SA092820 State of California v. Luis Manuel Guzman
  - 11/10/16 - Appointed Expert for Defendant - ID Theft & Forgery Charges - Credit Card Skimmer/Encoder Case

- Kern County Superior Court, California, Criminal Number BF162767A State of California v. Joseph Matthew Barton-Mete
  - 10/07/16 - Appointed Computer Forensics Expert for Defendant

- Los Angeles County Superior Court, California, Civil Number 16WSC01743 Emergency Services Restoration, Inc. v. Gary N. Nilsson,
  - 09/15/16 - Prepared Affidavit

- Superior Court of Muscogee County, Georgia, Civil Action Number SU-2013-CV-3001 Magnolia Northlake, LLC, et al. v. Tri-City Hospitality, Inc., et al
  - o   09/09/16 - Costa Mesa, CA - Deposition - Provided Expert Testimony

- Los Angeles County Superior Court, California, Criminal Number BA438314 State of California v. Elias Rojas-Diaz
  - o   04/03/17 - Appointed Computer Forensics Expert for Defendant (4th Order)
  - o   03/21/17 - Appointed Computer Forensics Expert for Defendant (3rd Order)
  - o   01/18/17 - Appointed Computer Forensics Expert for Defendant (2nd Order)
  - o   07/21/16 - Appointed Expert for Defendant

- Orange County Superior Court, California, Criminal Number 14WF2967 State of California v. Gary L. Beavers
  - o   07/08/16 - Appointed Computer Forensics Expert for Defendant

- Los Angeles County Superior Court, California, Criminal Number BA443216 State of California v. Christine Wycoff
  - o   07/12/17 - Appointed Computer Forensics Expert for Defendant (4th Order)
  - o   06/12/17 - Appointed Computer Forensics Expert for Defendant (3rd Order)
  - o   06/05/17 - Los Angeles, CA - Trial - Provided Expert Witness Testimony
  - o   04/18/17 - Appointed Computer Forensics Expert for Defendant (2nd Order)
  - o   04/06/16 - Appointed Computer Forensics Expert for Defendant

- Los Angeles County Superior Court, California, Criminal Number SA091280 State of California v. Dajon Blackman
  - o   12/19/16 - Prepared Affidavit
  - o   03/31/16 - Appointed Computer Forensics Expert for Defendant

- San Bernardino Superior Court, California, Civil Number CIVDS1517958 Alessandro Camara v. C.G. Motor Sports, Inc.
  - o   03/14/16 - Prepared Affidavit

- San Mateo County Superior Court, California, SB SW No. 9654 In the Matter of Search Warrant for: John Robert Finkelstein
  - o   01/12/17 - Redwood City, CA - Hearing - Provided Expert Witness Testimony
  - o   03/09/16 - Prepared Affidavit

- Los Angeles County Superior Court, California, Criminal Number 5PY05125 State of California v. Lance Lamar Whitaker
  - o   02/23/16 - Provided Computer Forensics Expert Witness Trial Testimony - Client found Not Guilty
  - o   02/18/16 - Prepared Affidavit - Showed Photographic Evidence had Photoshop Alterations in Metadata

- Los Angeles County Superior Court, California, Criminal Number LA080379-01 State of California v. Edmond Tatevosyan
  - o   12/09/15 - Appointed Computer Forensics Expert for Defendant

- State Court of Cobb County, Georgia, Civil Action Number 15-A-224-5 Lisa Underwood v. Kenneth Lee Chitwood, Unnuovo Inizio, LLC, d/b/a "Sidelines Grille," Sidelines Grille, L.P., and William T. McCoy
  - o   10/05/15 - Prepared Affidavit

- Los Angeles County Superior Court, California, Special Master Search Warrant Number 65446
  - o   11/03/15 - Appointed Computer Forensics Expert for Law Offices of Guro Hagopian
  - o   09/10/15 - Appointed Computer Forensics Expert for Law Offices of Armen Artinyan

- Los Angeles County Superior Court, California, Criminal Number LA081051 State of California v. Pierre Bate
  - o   09/03/15 - Appointed Computer Forensics Expert for Defendant

- Los Angeles County Superior Court, California, Criminal Number VA123707 State of California v. Elsi Mendez
  - o   12/02/15 - Appointed Expert Witness for Defendant (2nd Order)
  - o   08/11/15 - Appointed Expert Witness for Defendant

- Circuit Court of Shelby County, Alabama, Civil Action Number DR 2012-900678 Anne Stanton v. Mickey Joe Hardy Jr.
  - o   07/16/15 - Prepared Affidavit

- Superior Court of Gwinnett County, Georgia, Criminal Action Number 15-B-00241-7 State of Georgia vs. Heather Dalton
  - o   02/18/15 - Employed as Computer Forensics Expert by Court for Defendant

- Fulton County Superior Court, Georgia, Civil Action Number 2013-CV-236196 ML Mangrum, Inc. vs. Brad Arberg, Beth Kinney, and Laser Logic, LLC
  - 01/31/15 - Prepared Affidavit

- Los Angeles County Superior Court, California, Criminal Number PJ50888 State of California v. Bismarck Olivas
  - 12/30/14 - Appointed an Expert for Defendant

- Putnam County Superior Court, Georgia, Civil Action Number 2012CV298 John Q. Clary and Cathy L. Clary v. Allstate Fire and Casualty Insurance Company, et al
  - 10/10/14 - Appointed Computer Forensics Expert for the Court

- Fulton County Superior Court, Georgia, Civil Action Number 2014CV251203 Breckenridge IS, Inc v. Thaddeus Crane
  - 09/23/14 - Prepared Affidavit
  - 09/11/14 - Prepared Affidavit

- Effingham County Superior Court, Georgia, Criminal Number SU13CR-256-W State of Georgia vs. Edward William Holmes
  - 06/18/14 - Expert review of case evidence, findings resulted in dismissal of case.

- Travis County District Court, Texas, Cause Number D-1-GN-12-001952 Garrett Draper, Grant Draper, and Antonio C. Garcia III v. Campus Crest Communities, et al.
  - 06/05/14 - Appointed Neutral Expert by Court

- United States Bankruptcy Court, Northern District of Georgia, Atlanta Division, Case Number 09-79466-CRM, 12-77850-CRM In RE: Mark Eugene Anderson and Melanie McKemie Anderson
  - 03/10/14 - Employed as Computer Forensics Expert by Court

- Mississippi Southern Districts Court, Case Number 1:13-cr-00092 USA v. Maria Lamas,
  - 01/24/14 - Federal Public Defender, Forensics evaluation of cell phone

- United States District Court, District of Maryland, Civil Case Number DKC 11-0945 Maxtena, Inc. v. Jeremy Marks
  - 10/31/13 - Appointed Neutral Examiner by Court

- United States District Court, Northern District of Georgia, Atlanta Division, Civil Action Number 1:13-CV-02840-TWT Atlanta Cable Sales, Inc. v. John Keith Hyde.
  - 08/21/13 - Prepared Affidavit

- DeKalb County Superior Court, Georgia, Criminal Action Number 13-CR-2413 The State vs. Andrea Sneiderman.
  - 08/15/13 - Accepted as Expert Witness by the Court and provided trial testimony.  Trial broadcast on Court TV.
  - 07/26/13 - Prosecutor dropped Malice Murder, Felony Murder, and Aggravated Assault charges Friday before jury selection, "Based on new information provided by the Defense."
  - 07/01/13 - Performed computer forensic services at the direction of defense counsel

- Superior Court of Gilmer County, Georgia Civil Action Number 2012CV-256 Coosawattee River Resort Association, Inc. v. Agio Corp, Bristol Investment Group, LLC, Corp 65, LLC, David Deloach, et al.
  - 02/07/13 - Prepared Affidavit

- United States District Court, Western District of New York, Civil Action Number 1:10-CV-00569-RJA Paul D. Ceglia v. Mark Elliot Zuckerberg and Facebook, Inc.
  - 06/28/12 - New York, NY - Deposition - Provided Expert Testimony
  - 06/06/12 - Prepared Supplemental Declaration
  - 06/04/12 - Prepared Declaration

- Superior Court of Fulton County, Georgia, Civil Action Number 2012 CV 210300 Jeremy New, Daniel Margrave, Billy Presley, Susan McDowell, Tanya Underwood, Benjamin Underwood, Michael Lucas, Mellissa Harrison, and Petz Enterprises, Inc., Plaintiffs v. Universal Tax Systems, Inc., Defendant and Counterclaim Plaintiff, v. Tanya Underwood, Benjamin Underwood, Michael Lucas, Melissa Harrison, and Petz Enterprises, Inc., Counterclaim Defendants
  - 08/10/12 - Prepared Affidavit
  - 03/23/12 - Prepared Affidavit

- Superior Court of Gwinnett County, Georgia, Criminal Action Number 08-B-0551307 State of Georgia vs. Kevin S. Morris
  - o 03/15/17 - Judge Conner signed "nolle prosequi" order after original hard drive was destroyed while in evidence.
  - o 02/14/12 - Hearing - Accepted as Expert Witness by the Court and provided testimony. Based on testimony, Judge Conner ruled that O.C.G.A. Section 17-16-4(a)(3)(B) is unconstitutional and deprives the Defendant of his due process rights to have an expert examine the State's evidence.

- United States District Court, North Georgia, Atlanta Division Civil Action Number 1:10-CV-00088-WSD JCDE Air, Inc. v. Flightworks, Inc.
  - o 10/07/11 - Accepted as Expert Witness by the Federal Court and provided testimony in that capacity

- Superior Court of Chatham County, Georgia, Civil Action Number CV 11-0145-AB Vincent Loxton, etc. v. Bernie's Too, Inc.
  - o 08/04/11 - Performed computer forensic services at the direction of defense counsel

- JAMS Arbitration, Seattle Office, Number 1160018309 Bahig "Bob" Moses v. Nat Seattle Inc.
  - o 06/27/11 - Prepared Declaration to the Arbitrator at the direction of the plaintiff

- Superior Court of Putnam County, Georgia, Civil Action Number 2011-SUCV-217-05 Peoples Bankshares, Inc. v. Silva Financial Group, LLC, Mark Silva and Donna Silva
  - o 05/26/11 - Performed computer forensic services at the direction of plaintiff's counsel

- Superior Court of Fulton County, Georgia, Civil Action Number 2010 CV187557 Tribeca Homes, LLC v. Marathon Investment Corp. et al
  - o 10/11/11 - Prepared Affidavit
  - o 07/15/11 - Prepared Affidavit
  - o 05/23/11 - Performed computer forensic services at the direction of defense counsel.

- United States District Court, North Georgia, Atlanta Division Criminal Action Number 1:11-CR-028-TWTT United States v. Maughon, et. al.
  - o 05/18/11 - Performed computer forensic services at the direction of defense counsel

- United States District Court, Central District of California, Western Division, Case Number CV10-6835 RGK (JCGx), Securities and Exchange Commission v. LADP Acquisition, Inc. et al
  - o 04/27/11 - Performed computer forensic services at the direction of plaintiff's counsel

- United States District Court, Southern Georgia, Augusta Division Criminal Action Number CR 110-031 United States of America v. Tristan Williams
  - o 11/16/10 - Prepared Affidavit

- Superior Court of Cobb County, Georgia, Civil Action Number 10-1-4125 Flightworks, Inc. v. Flightworks Holdings, LLC, Konsortium Capital Partners, LLC, and Scott A. Beale
  - o 06/06/11 - Prepared Affidavit
  - o 05/27/11 - Prepared Affidavit
  - o 04/15/11 - Prepared Affidavit
  - o 12/23/10 - Prepared Affidavit
  - o 11/22/10 - Prepared Affidavit
  - o 10/21/10 - Performed computer forensic services at the direction of plaintiff's counsel

- United States District Court, North Georgia, Atlanta Division Civil Action Number 1:10-cv-0743 Anthony Wright v. The Ayco Company, L.P.
  - o 05/05/10 - Performed computer forensic services at the direction of plaintiff's counsel

- Circuit Court of Sevier County, Tennessee, Criminal Action Number 13258-II State of Tennessee v. Richard Mongold
  - o 04/15/10 - Performed computer forensic services at the direction of defense counsel.

- Superior Court of Forsyth County, Georgia, Civil Action Number 09-CV-0089 Adele Simerly and Tim Simerly, Jointly, and Severally, Richard Trent and Susan Trent v. Pulte Home Corporation
  - o 08/26/11 - Accepted as Expert Witness by the Court and provided trial testimony.  Judgment against Defendant Pulte for $2.5 Million.
  - o 02/28/11 - $406,000 awarded for spoliation sanctions against Def. Pulte, based on evidence discovered by TRC.
  - o 03/15/11 - Prepared Affidavit
  - o 10/27/10 - Cumming, GA - Hearing Before Special Master Kevin Tallant - Testifying Expert
  - o 10/25/10 - Prepared Affidavit
  - o 10/06/10 - Atlanta, GA - Deposition - Provided Expert Testimony
  - o 08/17/10 - Prepared Affidavit
  - o 06/22/10 - Prepared Affidavit
  - o 12/30/09 - Prepared Affidavit

- United States District Court, North Georgia, Atlanta Division Civil Action Number 1:09-CV-186-WSD; Kudzu Import & Design, Inc. d/b/a Atrium Foliage v. Robert Half International.
  - o 12/23/09 - Performed computer forensic services at the direction of defense counsel

- State Court of Hall County, Georgia - Civil Action Number 2004-SV-1137-D Vickie Stewart v. Haywood Smith et al
  - o 11/10/09 - Gainesville, GA - Hearing Before Judge Charles S. Wynne - Neutral Expert for the Court provided testimony via telephone
  - o 10/27/09 - Performed computer forensic services at the direction of the court

- Superior Court of Fulton County Georgia, Civil Action Number 04-CV-93933; Terrance W. Meder v. ULQ, LLC.
  - o 05/18/09 - Prepared an Affidavit at the direction of the court

- United States District Court, North Georgia, Atlanta Division, Civil Action Number 1-08CV3442WSD Vurv Technology LLC v. Kenexa Corporation, Kenexa Technology, Inc., Dawn Clements, and Michelle Swearingen.
  - o 02/15/09 - Performed computer forensic services at the direction of plaintiff's counsel

- Circuit Court of Cook County Illinois, County Department, Law Division Case Number 06-L 0077137; Fran Trojan v. United States Cellular Corporation.
  - o 09/26/08 - Prepared Affidavit at the direction of defense counsel

- Superior Court Fulton County, GA - Case No. 2007CV141944; Trena Barker v. Rolf Barker
  - o 05/28/08 - Atlanta, GA - Trial Before Judge Bensonetta Tipton-Lane - Testifying Expert for the plaintiff in a civil (divorce) proceeding

- Circuit Court of Dupage County, Illinois, Civil Action Number 2007 MR 000421, USA Baby, Inc., Midwest Baby Group, LLC, Ronald Eriksen, Jr., Scott Wallis and Ken Russell v. Chris White, Steve Craddock, Jalikan, Inc., Madison Baby, Inc.; N-One, LLC, SJL Enterprises, Inc., Richard Cohen, Timothy Voehl, USA Enterprises, Inc., Winc Baby, Inc., Robert Paffenroth, and Wisconsin Baby, Inc.
  - o 05/13/08 - Prepared affidavit in support of plaintiff

- Superior Court of Fulton County Georgia, Civil Action Number 2007CV135940; OnBrand Media, Inc. and Lisa Jones v. Codex Consulting, Inc. and Open Systems, Inc.
  - o 09/22/08 - Prepared affidavit and conducted forensic investigation at direction of defense counsel
  - o 05/02/08 - Prepared affidavit and conducted forensic investigation at direction of defense counsel

- United States District Court, North Georgia, Atlanta Division Civil Action Number 1:08-CV-1248; Erbe USA, Inc. v. Bovie Medical Corporation and James Muehleisen.
  - o 12/05/08 - Prepared affidavit in support of plaintiff
  - o 02/25/08 - Prepared affidavit in support of plaintiff

- Superior Court of Gwinnett County Georgia, Civil Action Number 08-A-01243-10; The Coren Corporation v. G. Michael Francis, Farnsworth Logistics, Inc., Francis and Francis Investment Group, LLC.
  - o 12/12/08 - Prepared affidavit at the direction of plaintiff's counsel
  - o 02/25/08 - Prepared affidavit at the direction of plaintiff's counsel

- United States District Court, Southern Georgia, Augusta Division Civil Case Number CV-106-177; Celtic Maintenance Services, Inc. v. Garrett Aviation Services, L.L.C. d/b/a Landmark Aviation and Greenwood, Inc.
  - o 01/10/08 - Performed forensic services at the direction of the special master

- Superior Court Fulton County, GA - Civil Action File No. 2006CV114832; Westminster Ceramics, LLC. v. Eric H. Hunger, Tomas E. Mason, Terra Opus, LLC and Miles of Tiles, LLC
  - 05/31/07 - Atlanta, GA - Deposition - Provided Expert Testimony for plaintiff

- Superior Court Gwinnett County, GA - Civil Action File No. 05-A-03483-6; EA International, LTD v Archer Global Company, LLC
  - 03/02/07 - Lawrenceville, GA - Deposition - Provided Expert Testimony for plaintiff

- United States District Court, Southern Georgia, Augusta Division Civil Action No. MC 106-008 (Original Action - United States District Court, Eastern District of Missouri Civil Action No.4:04CV01359); EEOC v. Allstate Insurance Company
  - 10/09/08 - Performed computer forensic services at the direction of Special Master
  - 01/30/07 - Performed computer forensic services at the direction of Special Master

- Rockdale County, GA - State of GA v Jason David Hill
  - June 2006 - Criminal Defense Computer Forensics Investigation resulted in charges against client being dropped


**TRAINING COMPLETED:**

- AX350 Magnet AXIOM macOS Examinations, Magnet Forensics (32 hours), September 26-30, 2022
- AX310 Magnet AXIOM Incident Response Examinations, Magnet Forensics (32 hours), September 13-16, 2022
- AX320 Magnet AXIOM Internet & Cloud Investigations, Magnet Forensics (32 hours), September 6-9, 2022
- AX300 Magnet AXIOM Advanced Mobile Forensics, Magnet Forensics (32 hours), August 30 - September 2, 2022
- AX302 Magnet AXIOM Advanced iOS Examinations, Magnet Forensics (16 hours), August 25-26, 2022
- Magnet AXIOM to Magnet AXIOM Cyber Transition, Magnet Forensics (2 hours), August 23, 2022
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, August 22, 2022
- AX250 Magnet AXIOM Advanced Computer Forensics (32 hours), Magnet Forensics, August 19-22, 2022
- Orange County CA Concealed Firearms Permit Renewal Training (4 hours), Security Training Center, February 5, 2022
- Public Relations and Advanced Arrest, Search & Seizure (8 hours), Security Training Center, February 4, 2022
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, February 4, 2022
- Wireless Exploitation Academy WEXA 2021 Conference (19 hours), Zetx, November 3-5, 2021
- AX200 Magnet AXIOM Examination (32 hours), Magnet Forensics, October 4-13, 2021
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, August 30, 2021
- CellHawk Basic Training (1 hour), CellHawk Analytics, February 2, 2021
- Cellebrite Pathfinder Analytics Single User CPAS (7 hours), Cellebrite, January 20, 2021.
- Decoding Spoofing Apps, Analysis and Validation of shared iOS notes, and Location Carving from Mobile Devices using Physical Analyzer (.5 hours), Cellebrite, January 16, 2021.
- Cellebrite Cloud Extraction and Reporting CLEAR (7 hours), Cellebrite, January 16, 2021.
- Public Relations and Advanced Arrest, Search & Seizure (8 hours), Security Training Center, January 11, 2021
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, January 11, 2021
- AccessData Certified Examiner (ACE) Computer Software & Applications, (2 hours), AccessData, December 15, 2020
- Cellebrite Certified Mobile Examiner (CCME) Examination Preparation Workshop, (3 hours), Cellebrite, December 9, 2020
- Surveillance Strategies for Success, (8 CEU), PI Education, August 7, 2020
- Elements of Effective Communication (4 CEU), PI Education, August 5, 2020
- Ethics for Investigators, in Theory and Practice (4 CEU), PI Education, August 4, 2020
- Understanding Homeland Security and Terrorism (2 CEU), PI Education, August 3, 2020
- Forensic Analysis of Cellular Networks (8 hours), ZetX, August 2, 2020
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, July 31, 2020
- Criminal Defense Investigations (7 CEU), PI Education, July 28-29, 2020
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, January 9, 2020
- Orange County CA Concealed Firearms Permit Renewal Training (4 hours), Security Training Center, January 9, 2020
- Public Relations and Advanced Arrest, Search & Seizure (8 hours), Security Training Center, January 8, 2020
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, August 1, 2019
- Cellebrite Advanced Smartphone Analysis (CASA) Course (28 hours), Cellebrite, July 9-12, 2019
- Chemical Agents (8 hours), Security Training Center, January 24, 2019
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, January 24, 2019

- Finding People: Skip Tracing from Start to Finish (12 CEU), PI Education, January 20-21, 2019
- Understanding Homeland Security and Terrorism (2 CEU), PI Education, January 20, 2019
- Ethics and Professional Responsibility (4 CEU), PI Education, January 19, 2019
- Subject Matter Expert Course for Call Detail Record and Geolocation Analysis (40 hours), ZetX, November 5-9, 2018
- Criminal Investigations Using Cellular Technologies (40 hours), ZetX, September 24-28, 2018
- Handling Difficult People and Advanced Arrest, Search & Seizure (8 hours), Security Training Center, August 30, 2018
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, August 30, 2018
- Cellebrite Certified Physical Analyst (CCPA) Course (21 hours), Cellebrite, July 11-13, 2018
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, February 19, 2018
- Orange County CA Concealed Firearms Permit Renewal Training (4 hours), Security Training Center, December 06, 2017
- Communication & Significance and Adv. Arrest, Search & Seizure (8 hours), Security Training Center, September 10, 2017
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, August 30, 2017
- Cellebrite Certified Operator (CCO) Course (14 hours), Cellebrite, Completed June 26, 2017
- Hiring for Integrity (12 CEU), PI Education, March 9-11, 2017
- Homeland Security (2 CEU), PI Education, March 9, 2017
- Industry Ethics (2 CEU), PI Education, March 9, 2017
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, February 17, 2017
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, August 17, 2016
- Public Relations and Preserving the Incident Scene (8 hours), Security Training Center, July 10, 2016
- Cellebrite Mobile Forensic Fundamentals (CMFF) Concepts (7 hours), Cellebrite, May 25, 2016
- Capstone Research Thesis, Champlain College Graduate Course, March 14 - May 7, 2016
- Financial Decision Making, Champlain College Graduate Course, March 14 - May 7, 2016
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, February 10, 2016
- Research Methodology, Champlain College Graduate Course, January 11 - March 5, 2016
- Concealed Firearms Permit Training Certification (16 hours), Security Training Center, November 19, 2015
- Legal Issues for Management, Champlain College Graduate Course, October 26 - December 20, 2015
- Convergence of Digital Investigations, Mobile Data, and E-Discovery (3 CEU), AccessData/Syntricate, October 6, 2015
- Operations Management & Process Improvement, Champlain College Graduate Course, August 24 - October 16, 2015
- Observation & Documentation and Chemical Agents (8 hours), Security Training Center, August 13, 2015
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, August 4, 2015
- Legal Principals of Digital Investigations, Champlain College Graduate Course, May 11 - July 4, 2015
- IT Security & Strategy, Champlain College Graduate Course, March 9 - May 2, 2015
- Identity Theft Investigations (12 CEU), PI Education, February 15-17, 2015
- Homeland Security (2 CEU), PI Education, February 13, 2015
- Industry Ethics (2 CEU), PI Education, February 11, 2015
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, December 9, 2014
- Liability / Legal Aspects and Handling Difficult People (8 hours), Security Training Center, September 15, 2014
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, August 9, 2014
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, February 19, 2014
- Insurance Fraud Investigations (12 CEU), PI Education, August 26-27, 2013
- Industry Ethics (2 CEU), PI Education, August 26, 2013
- Homeland Security (2 CEU), PI Education, August 26, 2013
- Project Management, Champlain College Graduate Course, August 26 - October 19, 2013
- California Firearms Permit Range Requalification and Training (2 hours), Security Training Center, August 17, 2013
- Practice of Digital Investigations, Champlain College Graduate Course, May 13 - July 6, 2013
- Concealed Firearms Permit Training Certification (16 hours), Firing-Line, April 22, 2013
- NLITE Training (9 hours), California Association of Licensed Investigators (CALI), March 16, 2013
- Digital Investigation for Civil Litigation, Champlain College Graduate Course, March 11 - May 4, 2013
- Licensed Security Guard Training (52 hours), Security Training Center, Completed February 12, 2013
- Integrated and Reflective Practice, Champlain College Graduate Course, January 7 - March 2, 2013
- Basic Pistol Training, National Rifle Association (NRA) of America, February 19, 2013
- Senior Seminar in Digital Investigation, Champlain College, August 27 - December 14, 2012
- Introduction to Statistics, Champlain College, August 27 - December 14, 2012
- Cybercrime, Champlain College, July 2 - August 17, 2012
- Ethics in the Profession, Champlain College, May 7 - June 22, 2012
- Computer Forensics Lab Operations & Management, Champlain College Graduate Course, March 5 - April 28, 2012
- Forensics Internship, Champlain College, January 9 - April 27, 2012
- Microeconomics, Champlain College, January 9 - February 24, 2012

- Intercultural Communications, Champlain College, October 24 - December 16, 2011
- Writing in the Workplace, Champlain College, October 24 - December 16, 2011
- White-Collar Crime, Champlain College, August 29 - October 14, 2011
- Digital Forensic Examinations, Champlain College, May 9 - August 19, 2011
- Computer and Network Security, Champlain College, May 9 - August 19, 2011
- Industry Ethics (2 CEU), PI Education, April 22, 2011
- Skip Tracing (12 CEU), PI Education, April 20-22, 2011
- Defending our Homeland (2 CEU), PI Education, April 19, 2011
- XRY Physical Mobile Phone Forensics Course, Micro Systemation, August 25-27, 2010
- Certified Fraud Examiner Exam Prep Course, Association of Certified Fraud Examiners, August 26, 2008
- State of Georgia Private Detective Course, Learning Shop USA, June 12, 2007
- AccessData Certified Examiner Prep, AccessData, June 4, 2007
- Windows Forensics (Advanced), AccessData, December 5-7, 2005
- CISSP Boot Camp, Intense School, May 30 - June 1, 2004
- Professional Hacking Boot Camp, Intense School, December 15-19, 2003
- Computer Forensics / CCE Boot Camp, Intense School, December 8-12, 2003
- Secure Communications - Cryptography, Global Knowledge, May 6-8, 2003
- AccessData Boot Camp (Intermediate), AccessData, January 22-24, 2003
- Computer Forensic Boot Camp, LC Technology, November 13-15, 2002
- Unix 1 & 2, Global Knowledge, October 28 - November 2, 2002
- INFOSEC Assessment Methodology, National Security Agency (NSA), September 13-14, 2002
- Ultimate Hacking Windows NT / 2000, FoundStone, April 2-4, 2002
- Secure Communications & VPN, Global Knowledge, April 18-20, 2001
- Managing Cisco Network Security, Cisco Systems, April 9-13, 2001
- Ultimate Hacking, FoundStone, January 15-19, 2001
- Designing Security Architectures, Global Knowledge, December 14-15, 2000
- Microsoft Windows 2000 MCSE Boot Camp, Global Knowledge, November 27 - December 7, 2000
- Network Security, Global Knowledge, November 13-15, 2000
- Train the Trainer, Microsoft, November 3-4, 2000
- HP OpenView Vantage Point for Win NT, HP, June 11-15, 2000
- Internetworking MS TCP/IP Win NT, Microsoft, January 18-22, 2000
- Computer Repair & Maintenance, AIU, January - April 1999
- Programming Languages & HTML, AIU, January - April 1999
- Intro Computer Science & Programming, Central Texas College, August 1988